**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CON-WAY TRANSPORTATION SERVICES, INC. N/K/A CON-WAY FREIGHT, INC.** | : | CA 07 351S |
| **Plaintiff** | : | |
| **VS.** | : | **C.A. NO.** |
| **TRUESTONE AMERICA, LTD. A/K/A CUMBERLAND TRUESTONE** | : | |
| **Defendants** | : | |

**COMPLAINT**
**COUNT I**

1. Plaintiff is a corporation duly organized under the laws of the State of Pennsylvania and has its principal place of business located in the City of Pittsburgh, State of Pennsylvania.

2. Defendant is a corporation duly organized under the State of Rhode Island and has its principal place of business located within the City of Providence, County of Providence, State of Rhode Island.

3. That Plaintiff is involved with Interstate Transportation, which is regulated pursuant to Federal Statutes, which control in this matter. This debt is pursuant to a federal issue.

4. Defendants herein are indebted to Plaintiff for transportation services rendered on their behalf and upon their specific request in the sum of Sixteen Thousand, One Hundred Fifty-Eight and 54/100 ($16,158.54) Dollars.

5. That despite demands made upon the Defendant, no further payments, which are now due and owing, have been forthcoming.

WHEREFORE, Plaintiff demands judgment against the Defendants in the sum of Sixteen Thousand, One Hundred Fifty-Eight and 54/100 ($16,158.54) Dollars plus interest, costs and a reasonable attorney's fee.

**COUNT II**

6. Plaintiff incorporates Paragraphs One (1) through Five (5) of Count I of Plaintiff's Complaint.

7. Defendant's are indebted to Plaintiff in the sum of Sixteen Thousand, One Hundred Fifty-Eight and 54/100 ($16,158.54) Dollars based upon an open book account.

8. That despite demands made upon the Defendant, no funds have been received.

WHEREFORE, Plaintiff demands judgment against the Defendants in the sum of Sixteen Thousand, One Hundred Fifty-Eight and 54/100 ($16,158.54) Dollars plus interest, costs and a reasonable attorney's fee.

**COUNT III**

9. Plaintiff incorporates Paragraphs One (1) through Eight (8) of Count I and II of Plaintiff's Complaint.

10. The parties entered into an agreement wherein Plaintiff was to provide for Defendant certain interstate transportation of equipment pursuant to the tariff in effect for Plaintiff, a copy of which is attached herein.

11. That pursuant to that agreement, Plaintiff proceeded to perform its obligations for the benefit of the Defendant.

12. Plaintiff, as required, sent invoices to Defendant for the services as performed per their agreement.

13. The Plaintiff, per the agreement, has an outstanding debt due them in the sum of Sixteen Thousand, One Hundred Fifty-Eight and 54/100 ($16,158.54) Dollars as reflected in the statement of outstanding invoice, attached herein.

14. Plaintiff has demanded payment pursuant to the terms of the contract and Defendant has failed to make payment as required of it.

15. That despite demands made upon the Defendant, no funds have been received.

WHEREFORE, Plaintiff demands judgment against the Defendants in the sum of Sixteen Thousand, One Hundred Fifty-Eight and 54/100 ($16,158.54) Dollars plus interest, costs and a reasonable attorney's fee.

CON-WAY TRANSPORTATION
SERVICES, INC. N/K/A
CON-WAY FREIGHT, INC.
By its Attorney,

Marc D. Wallick, Esq. (#2152)
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard, Suite 500
Warwick, RI 02888
(401) 461-0100

DATED: September 13, 2007

dm c:\docs\comp-truestone

TRUESTONE AMERICA L P

| CUSTOMER NUMBER | SHIPMENT DATE | INVOICE NUMBER | DISCOUNTED AMOUNT | DISCOUNT ADDED BACK | BALANCE |
|---|---|---|---|---|---|
| 293759075 | | | | | |
| | 29-Sep-06 | 709236231 | $3,689.00 | $0.00 | $3,689.00 |
| | 23-Oct-06 | 653008204 | $9,107.93 | $3,361.61 | $12,469.54 |
| | **GRAND TOTAL** | | **$12,796.93** | **$3,361.61** | **$16,158.54** |