CON-WAY

# Invoice 709-236231

CNWY DUNS# 16-840-6437 FED TAX ID # 94-2904084

TRUESTONE AMERICA L P
280 BROADWAY
PROVIDENCE, RI 02903- 3007
(401) 351-4448

| | |
|---|---|
| Account Number | 293759075 |
| Carrier SCAC | CWCE |
| Shipment Date | 9/29/2006 |
| Payment Terms | Both Collect |
| **Total Due By 10/14/2006** | **US $3,689.00** |

## Balance Due

**Shipper**

CLAYTON MFG CO
4213 TEMPLE CITY BLVD
EL MONTE, CA 91731-1091

**Consignee**

TRUESTONE AMERICA LP
1400 N MILL RD
VINELAND, NJ 08360-2668

**Reference Number**

SN# CI 01790
PO# None

| Pieces | Description of Article and Marks | Weight (lbs) | Rate | Charges |
|---|---|---|---|---|
| | FSC FUEL SURCHARGE 18.00% | 1 | 0 | $495.83 |
| | RED DEST. REDELIVERY | 1 | 0 | $503.44 |
| | CON-WAY DISCOUNT SAVES YOU | 1 | 0 | ($8,263.79) |
| 1 | CRT BOILERS HEATING OR POWER WITH CAST IRON HEAT EXCHANGER KD FLAT | 8680 | 0.2694 | $11,018.39 |
| | STORAGE CHARGES PART COL AMT = 3689 | 1 | 0 | $0.00 |
| | FREIGHT CHARGES & REDELIVERY FEE | 1 | 0 | ($3,753.87) |
| | DST DEST. STORAGE | 1 | 0 | $3,689.00 |
| 1 | Total | 8686 | | US $3,689.00 |
| | | | Amount Paid | $0.00 |
| | | | Adjustments | $0.00 |
| | | | Balance Due | $3,689.00 |

## Contacting CON-WAY

**Customer Service**

| | |
|---|---|
| On the Web | www.con-way.com |
| E-mail | info@con-way.com |
| Phone | 800-755-2728 |
| Fax | 817-514-3700 |

**Correspondence**

| | |
|---|---|
| Regular Mail | P.O. Box 982020<br>N. Richland Hills, TX 76182-8020 |
| Overnight Mail | 5555 Rufe Snow Dr., Suite 5515<br>N. Richland Hills, TX 76180-6005 |
| Payments | CON-WAY TRANSPORTATION SERVICES INC<br>PO BOX 642080<br>PITTSBURGH, PA 15264-2080 |

Past due balances are subject to a late penalty charge as referenced in tariff 199

CON-WAY

CNWY DUNS# 16-840-6437 FED TAX ID# 94-2904084

**Send payment to:**

CON-WAY TRANSPORTATION SERVICES INC
PO BOX 642080
PITTSBURGH, PA 15264-2080

Please return this form with your payment

# Payment Form

| | |
|---|---|
| Invoice Number | 709-236231 |
| Payment Terms | Both Collect |
| **Total Due By 10/14/2006** | **US $3,689.00** |

LOA 709-236231

# CCX CON-WAY CENTRAL EXPRESS

| | | |
|---|---|---|
| NEXT - DAY | ★ | Extensive, reliable, next-day service against the industry's toughest standards. |
| CON-WAY | ★ | Coverage of over 150,000 communities. |
| DIRECT | ★ | Ship your Next-Day with Con-Way. Direct to more points, more often, than any other carrier. |

Con-Way Guaranteed!



G-Man

DATE: 10-16-06

TO: JIM

COMPANY: CUMBERLAND TRUSTONE

PHONE NUMBER:

FAX NUMBER: 856-690-9292

FROM: SUSAN

COMPANY: CON-WAY FREIGHT

PHONE NUMBER: 856-794-1815

FAX NUMBER: 856-794-2650

# OF PAGES (INCL. COVER) 2

COMMENTS:

PER OUR CONVERSATION......PLEASE SIGN YOUR NAME AND TITLE AS YOUR AUTHORIZATION FOR THE FOLLOWING: STORAGE CHARGES OF $217.00 / PER DAY BEGINNING 10-05-06. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT ME AT THE NUMBER ABOVE. THANK YOU FOR YOUR HELP IN THIS MATTER. TRLBJ991000

[signature] IRA HOLLAND

CHIEF OPERATING OFFICER

TRUSTONE 16 OCT 2006

Your Local Con-Way Service Center is your Transportation Solution Provider

CON-WAY. Authorised for Ray Cannon.

THIS SHIPPING ORDER must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon and retained by the Agent

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

Designate with a check mark Truck ( ) Freight ( )

Shipper's No. CI 01709

Agent's No.

From **CLAYTON INDUSTRIES** At **EL MONTE, CA 91731** Date 9/29/06

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of the said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classifications or tariff if this is a motor carrier shipment.

(Mail or street address of consignee-For purposes of notification only.)

CONSIGNED TO CUMBERLNAD TRUSTONE 1400 N MILL ST

Destination RAY LANNON 401 351 1490 State of ~~[illegible]~~ N.J. County of 08360

Route VINELAND N-J

Delivering Carrier CONWAY CB2L-0 Vehicle or Car Initials No.

*Collect On Delivery $* and remit to: CLB2L-0 C.O.D. charge to be paid by Shipper ☐

Street City State $ Consignee ☐

| No. Pkgs | HM | Description of Articles, Special Marks and Exceptions | * Weight Sub. to Corr. | Class or Rate | NMFC | Check Column |
|---|---|---|---|---|---|---|
| | | HYDROCHLORIC ACID, CORROSIVE MATERIAL 8 PGII UN-1789 | | | 4320 SUB 1 | |
| | | CORROSIVE LIQUIDS, N.O.S., CORROSIVE MATERIAL (CONTAINS POTASSIUM HYDROXIDE) 8 PGIII UN-1760 | | | 48580 SUB 3 | |
| | | CORROSIVE SOLIDS, N.O.S., CORROSIVE MATERIAL (CONTAINS SODIUM HYDROXIDE) 8 PGII UN-1759 | | | 48581 SUB 2 | |
| | | CLEANING COMPOUNDS N.O.I. OTHER THAN LIQUID | | | 48581 SUB 2 | |
| | | CLEANING COMPOUNDS N.O.I. LIQUID | | | 48580 SUB 3 | |
| | | STEAM CLEANING OUTFITS S/N | XVL | | 177680 SUB 3 | |
| 1 CRT | | BOILER, HEATING AND POWER N.O.I.B.N. I/S S/U S/N 10641 | 8,680# | 65 | 25780 | |
| | | DYNAMOMETERS OR PARTS THERE OF, N.O.I. S/N | | | 61800 | |
| | | CAUSTIC ALKALI LIQUIDS, N.O.S., CORROSIVE MATERIAL 8 PGIII UN-1719 | | | | |

THIS COPY B/L MUST ACCOMPANY ORIGINAL BILL TO

FREIGHT ACCOUNTING SERVICES
12821 WESTERN AVENUE, SUITE B
GARDEN GROVE, CA 92841
714-894-0992 FAX: 714-894-1730
EMAIL: laurieg@freightaccounting.com

PRO NO. 709-236231 CWWE 29002-1G EDI/SPCL * DEST SIC — Driver's signature acknowledges receipt of freight only. Unless otherwise agreed to under separate contract, terms and conditions of tariff CNWY 199 apply.

CON-FIRM WEIGHT

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor.)

If charges are to be prepaid write or stamp here "To be prepaid."

PREPAID

Received $ to apply in prepayment of the charge on the property described hereon.

... acknowledged ... prepaid.)

... ed:

... s between ... by water, ... the bill of ... ether it is ... 's weight."

NOTE—Where ... e is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

TOTAL PIECES

**CLAYTON INDUSTRIES, SHIPPER** 2

Per LIZ SCOTT

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Permanent post-office address of shipper: **4213 N. TEMPLE CITY BLVD., EL MONTE, CA 91731**

This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to the regulations prescribed by the D.O.T.

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

Con-way FREIGHT WWW.CON-WAY.COM

CNWY

DELIVERY RECEIPT

PRO NUMBER
REFER TO THIS NUMBER.

| EQUIP. NUMBER | DATE | ORIGIN | OUR REVENUE | ADVANCE | BEYOND | DESTINATION | |
|---|---|---|---|---|---|---|---|
| 313-0524 | 9/29/06 | ULA | | | | XVL | 709-236231 |

CONSIGNEE 690-0600
CUMBERLAND TRUSTONE
1400 N MILL ST
VINELAND, NJ 08360

VIN
1 W!

PRO NUMBER
709-236231

SHIPPER'S NUMBER
SN# CI 01790 A-805

CDR

OK to Redeliver per LOA from Liz @ Clayton

OK for storage from Jim @ Trustone

SHIPPER
CLAYTON MFG CO
4213 TEMPLE CITY BLVD
EL MONTE, CA 91731-1091

BILL TO

| # PCS. | HM | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (LBS) | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|
| 1 | | CRT BOILERS HEATING OR POWER WITH CAST IRON HEAT EXCHANGER KD FLAT 25770 CLASS 65 | 8680 | Delv | 10-17 early as possible |
| 1 | | TOTAL | 8680 | | PPD |
| | | CALL (856) 794-1915 FOR CCX CUSTOMER SERVICE. | | 8-8:30 | |

☐ INSIDE DELIVERY ☐ LIFT GATE SERVICE ☐ RESIDENTIAL DELIVERY ☐ CONSTRUCTION/UTILITY SITE

| SHRINK WRAP INTACT? ☑ YES ☐ NO | DELIVERED ___ PCS | TIME | CONSIGNEE SIGNATURE | PRINT CONSIGNEE NAME | DATE 10/17/06 |
|---|---|---|---|---|---|
| | | | Matt Rusher | | |

RECEIVED 1 PIECES ABOVE DESCRIBED FREIGHT IN GOOD ORDER EXCEPT AS NOTED.

DRIVER ______ 10/17/06

ISO•9001 & 14001

1

04090-C0 (6/06) Litho U.S.A.

**DRAT** 709-236231

## RETURN REPORT

| PERSON REFUSING SHIPMENT | COMPANY NAME | TELEPHONE NUMBER |
|---|---|---|
| | | |

REASON FOR RETURN:

- [ ] UNAUTHORIZED RETURN
- [ ] WILL NOT ACCEPT FREIGHT COLLECT
- [x] OTHER couldn't unload
- [ ] ARRIVED TOO LATE
- [ ] DAMAGED, REFUSED (DESCRIPTION OF DAMAGE ON FRONT OF DELIVERY RECEIPT)
- [ ] ORDER CANCELLED
- [ ] UNABLE TO LOCATE CONSIGNEE
- [ ] WRONG ADDRESS - MOVED CORRECT ADDRESS IS:

| TRAILER NUMBER | DATE |
|---|---|
| | 10-4 |

| TIME | DRIVER'S SIGNATURE |
|---|---|
| | Mark Musso |

DISPOSITION

## DETENTION RECORD

NAME & ADDRESS WHERE EQUIPMENT DETAINED IF DIFFERENT FROM CONSIGNEE ON FACE OF BILL

| * TRACTOR # | TRAILER #1 | TRAILER #2 | TIME/DATE NOTIFIED OF ARRIVAL |
|---|---|---|---|
| | | | |

| * TIME/DATE UNLOADING BEGAN | * TIME/DATE UNLOADING COMPLETED | TIME/DATE RELEASED BY CONSIGNEE | * TOTAL WT. UNLOADED PER STOP |
|---|---|---|---|
| | | | |

* Leave blank when power is detained

Clayton INDUSTRIES

October 4, 2006

LOA 709-236231

Conway Western:

Susan,

Shipment # 709-236231 for Cumberland Trustone in NJ.

Please schedule re delivery of above referenced ship thru Mark @ 401-351-1490 ext 325. The customer is waiting for arrival of heavier forklift. The re-delivery charges of $503.44 are for Clayton Industries Account.

Thank you for your assistance

Liz Scott
Shipping Supervisor
626 435 1262

HEADQUARTERS: 4213 N. TEMPLE CITY BOULEVARD, EL MONTE, CALIFORNIA 91731-1091 • MAILING ADDRESS: P.O. BOX 5530, EL MONTE, CALIFORNIA 91734-1530
1-800-423-4585 • (626) 443-9381 • FAX: (626) 442-1701

CON-WAY

# Invoice 653-008204

CNWY DUNS# 16-840-6437 FED TAX ID # 94-2904084

TRUESTONE AMERICA L P
280 BROADWAY
PROVIDENCE, RI 02903- 3007
(401) 351-4448

| | |
|---|---|
| Account Number | 293759075 |
| Carrier SCAC | CWCE |
| Shipment Date | 10/23/2006 |
| Payment Terms | Prepaid |
| **Total Due By 11/7/2006** | **US $12,469.54** |

## Balance Due

| Shipper | Consignee | Reference Number |
|---|---|---|
| TRUESTONE AMERICA LP<br>1400 N MILL RD<br>VINELAND, NJ 08360-2668 | CLAYTON ROMERO-MCNALLY<br>9475 NICUA TESLA COURT<br>SAN DIEGO, CA 92173 | SN# RGA64183<br>PO# None |

| Pieces | Description of Article and Marks | Weight (lbs) | | Rate | Charges |
|---|---|---|---|---|---|
| | CBL BILL OF LADING CORRECTION | 1 | 0 | 0 | $17.00 |
| | ~~CON-WAY DISCOUNT SAVES YOU~~ | ~~1~~ | ~~1~~ | ~~0~~ | ~~($3,361.61)~~ |
| 1 | CRT BOILER COIL CORE-PARTSCAST 25680 CLASS 65 | 8960 | 0 | 0.2506 | $11,205.38 |
| | FSC FUEL SURCHARGE 15.90% | 1 | 0 | 0 | $1,247.16 |
| 1 | Total | 8963 | | | US $12,469.54 |
| | | | | **Amount Paid** | **$0.00** |
| | | | | **Adjustments** | **$0.00** |
| | | | | **Balance Due** | **$12,469.54** |

## Contacting CON-WAY

**Customer Service**

**On the Web** www.con-way.com
**E-mail** info@con-way.com
Phone **800-755-2728**
Fax **817-514-3700**

**Correspondence**

Regular Mail **P.O. Box 982020**
**N. Richland Hills, TX 76182-8020**

Overnight Mail **5555 Rufe Snow Dr., Suite 5515**
**N. Richland Hills, TX 76180-6005**

Payments **CON-WAY TRANSPORTATION SERVICES INC**
**PO BOX 642080**
**PITTSBURGH, PA 15264-2080**

Past due balances are subject to a late penalty charge as referenced in tariff 199

CON-WAY

CNWY DUNS# 16-840-6437 FED TAX ID# 94-2904084

**Send payment to:**

**CON-WAY TRANSPORTATION SERVICES INC**
PO BOX 642080
PITTSBURGH, PA 15264-2080

Please return this form with your payment

# Payment Form

| | |
|---|---|
| **Invoice Number** | 653-008204 |
| Payment Terms | Prepaid |
| **Total Due By 11/7/2006** | **US $12,469.54** |

CON-WAY®

TARIFF CNWY 199-M

NAMING

RULES, REGULATIONS, RATES AND CHARGES

FOR

ACCESSORIAL SERVICES

Effective June 14, 2004

APPLYING BETWEEN POINTS IN THE
UNITED STATES, CANADA AND PUERTO RICO

This tariff applies in connection with tariffs making specific reference hereto.

For Governing Publications, see Item 1.

# TABLE OF CONTENTS


| SUBJECT | ITEM | PAGE |
|---|---|---|
| Abbreviations and Reference Marks - Explanation of | 999 | 36-37 |
| Advancing Charges | 203 | 20-21 |
| Arrival Notice and Undelivered Freight | 5 | 8 |
| Bills of Lading and Driver Signature | 6 | 8 |
| Bills of Lading, Freight Bills and Statements of Charges | 204 | 21 |
| Bills of Lading - Corrections | 205 | 22 |
| Bill of Lading - Terms and Conditions | 7 | 8-11 |
| Classification of Mixed Commodities | 9 | 11 |
| C.O.D Shipments (including Order Notify) | 206 | 22-23 |
| Consolidations - Distributions | 217 | 29 |
| Construction and Utility Sites Pickups and Deliveries | 201 | 20-21 |
| Currency Exchange | 13 | 13 |
| Deffered Service | 199 | 18-19 |
| Definitions | 2 | 4-6 |
| Delayed Delivery - Protective Service | 12 | 13 |
| Detention - With Power | 211 | 24-26 |
| Detention - Without Power | 212 | 26-27 |
| Diversion to Another Carrier | 213 | 28 |
| Excessive Value Charge | 227 | 30-31 |
| Exclusive Use | 11 | 12-13 |
| Exhibition Sites Pickup or Delivery | 226 | 30 |
| Extra Labor | 214 | 28 |
| Foreign Tariffs | 22 | 17 |
| Fork Lift Service | 215 | 28 |
| Guaranteed Service | 200 | 19 |
| Governing Publications | 1 | 4 |
| Hazardous and Radioactive Materials | 232 | 33 |
| High Cost Delivery Regions, Surcharge | 235 | 34-36 |
| Homeland Security Fee | 236 | 37 |
| In Bond Freight - United States | 209 | 23-24 |
| Inside Delivery | 216 | 28 |
| Late Payment Charge | 207 | 23 |
| Liftgate Service | 218 | 29 |
| Lineal Foot Application | 234 | 34 |
| Loading/Unloading by Carrier | 17 | 15 |


*(Continued on the next page)*

# TABLE OF CONTENTS


| SUBJECT | ITEM | PAGE |
|---|---|---|
| Mines and Government Sites Pickups and Deliveries | 202 | 20 |
| Minimum Charge - Household Goods and/or Personal Effects | 14 | 13 |
| Mixed Shipments | 15 | 13-14 |
| National Motor Freight Classification (NMFC) | 8 | 11 |
| Notification Prior to Delivery | 221 | 29 |
| Overcharge Claims - Filing Procedures | 23 | 17-18 |
| Participants | 3 | 6 |
| Pickup and Delivery | 16 | 14 |
| Pier or Wharf | 219 | 29 |
| Prepayment and Guarantee of Charges | 19 | 15-16 |
| Priority of Rates and Charges | 4 | 6-8 |
| Rate Quotes | 10 | 12 |
| Reconsignment or Diversion | 228 | 31-32 |
| Redelivery | 229 | 32 |
| Re-Labeling | 220 | 29 |
| Released Valuation and Liability on Commodities Subject to Exception Ratings | 20 | 16-17 |
| Relocation of Vehicle | 223 | 29 |
| Residential Delivery | 224 | 30 |
| Returned Check Charge | 208 | 23 |
| Returned Undelivered Shipments | 21 | 17 |
| Saturdays, Sundays, Holidays or After Business Hours Pickup or Delivery | 225 | 30 |
| Single Shipments | 230 | 32 |
| Sorting or Segregating | 222 | 29 |
| Standard Delivery Service Guarantee | 24 | 18 |
| Storage | 231 | 32 |
| Sufferance Warehouse Charges - Canada | 210 | 24 |
| Trailer Requested But Not Used | 233 | 33 |
| SECTION 1 - Rules and Regulations | --- | 4-18 |
| SECTION 2 - Rules and Regulations; Rates and Charges | --- | 18-37 |

# Section 1

## RULES AND REGULATIONS

## Governing Publications — Item 1

This tariff is governed, except as otherwise provided herein, by the following described tariffs, and by supplements or loose-leaf page amendments thereto or successive issues thereof:

| Title/Type of Tariff | Issuing Agent or Carrier | Tariff Number |
|---|---|---|
| Exempt Commodities Classification | Con-Way Transportation Services, Inc. | CNWY 103 |
| Fuel Surcharge | Con-Way Transportation Services, Inc. | CNWY 190 |
| Hazardous Materials Regulations | U.S. D.O.T. | CFR Title 49 |
| Mileage Guide (Point-to-Point) | Household Goods Carrier's Bureau, Agent | * HGB 100 |
| Mileage Guide (ZIP-to-ZIP) | | HGB 105 |
| National Five-Digit ZIP Code Post Office Directory | United States Postal Service | — |
| National Motor Freight Classification | | ** NMF 100 |

* Only when specific reference is made hereto.

** Governs to the extent provided in Tariff CNWY 199 Item 8.

## Definitions — Item 2

(1) **ACCESSORIAL RATES & CHARGES:** Additional fees assessed on a shipment, due to additional services requested by the shipper, consignee or third party, of the carrier beyond the normal services included in the carriers gross price including linehaul, pickup and delivery service.

(2) **BUSINESS DAY OR BUSINESS HOURS:** Except as otherwise provided in individual items of this tariff, the terms "business day" or "business hours" mean that time (8 AM to 5 PM) during which operations are generally conducted by the carrier at the point where the service is performed. The terms "business day" or "business hours" will not include Saturdays, Sundays or Holidays as defined in this item.

(3) **LEGAL HOLIDAYS:**

(A) **U.S. Holidays:**

- New Year's Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day and Day After Thanksgiving
- Christmas Day

(B) **Canadian Holidays:**

- New Year's Day
- Victoria Day
- Dominion Day
- Labor Day
- Civic Holiday (applicable in all Provinces, except Quebec)
- Good Friday
- St. Jean-Baptiste Day (applicable only in the Province of Quebec)
- Thanksgiving Day
- Christmas Day
- Boxing Day

(4) **DISCOUNT:** Negotiated percentage reduction from Linehaul Charge.

| | | | |
|---|---|---|---|
| Example: 1000 lb. multiplied by rate $20.00 cwt. | = | $200.00 | Linehaul Charge |
| Less 50% discount | | 100.00 | Discount |
| | = | 100.00 | Net Price |
| Plus 1% fuel surcharge | | 1.00 | Surcharge |
| Plus destination notify charge | | 24.00 | Accessorial |
| | = | $125.00 | Total Price (Freight Charges) |

(5) **GROSS PRICE:** Rates and charges on the freight bill tabulated by multiplying the negotiated rates times the weight per shipment, excluding any discounts, accessorials or surcharges. Linehaul Charge is equal to the Gross Price.

(6) **NET PRICE:** This is the Gross Price less any applicable Discount.

(7) **SHIPMENT:** Except as otherwise provided, a "shipment" is a lot of freight received from one shipper at one location and time, for one consignee at one destination, covered by one bill of lading, whose weight includes all packaging, wrapping and pallets used in the shipment.

(8) **SINGLE SHIPMENT:** The term "Single Shipment" means only one shipment is tendered from one shipper, at one location and time, for one consignee at one destination, covered by one bill of lading or shipping receipt.

(9) **SURCHARGES:** Additional fees assessed on a shipment due to costs to the carrier in such areas as fuel and declaration of excess value.

(10) **TOTAL PRICE:** Sum total of net price, plus accessorials (if any) and surcharges (if any).

(11) **VEHICLE:** Wherever the term "trailer," "vehicle," or "vehicles" is used, such terms will have reference to either a trailer which does not exceed fifty three (53) feet in length, or two (2) trailers, each of which does not exceed 29 feet in length.

The term "doubles-trailer" means a trailer not exceeding 29 feet in length.

(12) **TRUCK UNIT:** The term "truck unit" shall be understood as meaning a truck, truck and trailer combined, a tractor and a semi-traile,r or a tractor and two semi-trailers, each not exceeding 29 feet in length.

(13) Except as otherwise specifically provided, the term "import" or "import traffic" shall be understood as meaning any traffic having a prior movement from a country outside the United States.

(14) Except as otherwise specifically provided, the term "export" or "export traffic" shall be understood as meaning any traffic having a subsequent movement to a country outside the United States.

(15) In the application of this tariff, the terms LTL, AQ and TL shall be defined as follows:

(a) LTL — 'Less than Truckload' shall mean all shipments subject to LTL class in the NMFC, weighing or rated as 19,999 pounds or less.

(b) AQ — 'Any Quantity' shall mean all shipments subject to AQ class in the NMFC, weighing or rated as 19,999 pounds or less.

(c) TL — 'Truckload' shall mean all shipments subject to LTL class in the NMFC, weighing or rated as 20,000 pounds or more.

(16) **MINIMUM CHARGE:** The minimum level for linehaul charges for a shipment, including discount or other price reductions that may otherwise be applicable. The minimum charge level may vary between origin/destination pairs. This charge is not to be interpreted as a single level of charge for shipments of a defined weight between any origin and any destination.

(17) **ABSOLUTE MINIMUM CHARGE:** The Absolute Minimum Charge, as specifically provided in some tariff items, is not subject to further discount or reduction and is the absolute floor or lowest charge that can be applied.

(18) **THIRD PARTY:** A person or entity designated as "Bill To" (BT) on the Bill of Lading, but whom is neither the shipper nor the consignee on a Bill of Lading for a shipment.

(19) **Bill To:** A person or entity designated as "Bill To" (BT) on the Bill of Lading who is the shipper or the consignee and not a Third Party.

## Participants — Item 3

Carriers participating in this tariff are as follows for Con-Way Transportation Services, Inc.:

| | |
|---|---|
| Con-Way Central Express | CWCE |
| Con-Way Southern Express | CWSE |
| Con-Way Western Express | CWWE |
| Con-Way Canada Express | CWQC |

## Priority of Rates and Charges — Item 4

Except as otherwise provided, when the shipper, consignee, or a third party, each has a duly negotiated discount, commodity rate, contract rate, or allowance applicable to its linehaul charges on a given shipment, those provisions applicable to the payer of the freight charges will apply. This priority of application shall apply whether or not the total charges are higher, lower or unchanged from those that might result if provisions applicable to a non-paying party were applied.

When a party other than the shipper or consignee on the Bill of Lading is responsible for paying freight charges, such party is known as the "Third-Party" (TP) and the billing procedure is known as "Third-Party Billing" (TPB) subject to the following conditions.

A. The TP name and address must appear in the body of the Bill of Lading and shipping order at time of original tender.

B. The TP and the shipper or consignee may not be affiliated.

C. The TP may not be the majority owner of the shipper or consignee.

D. The TP may not be the paying agent of the shipper or consignee.

Shipments qualifying for TPB may move either prepaid or collect.

When a party on the bill of lading is affiliated with either the shipper or consignee and is responsible for paying freight charges, such party is a "Bill To" (BT). *Payment terms will be changed from prepaid to collect if the BT and consignee are affiliated, or from collect to prepaid if the BT and shipper are affiliated*

**Priority of rates: The priority of the rates will be as outlined in the following chart with the first rate listed being applied if such a duly negotiated rate program is in place and if not, then the next listed rate program will apply. If no program is in effect, then the default program will apply. PPD is prepaid and COL is collect.**

**(1) No Invoicing Instructions (i.e. Bill To not completed): PPD**

(a) Use the shipper's outbound PPD program
(b) Use consignee's inbound PPD program
(c) Use default CNWY 599 rates and charges effective on date of shipment

(2) No invoicing instructions (i.e. Bill To not completed): COL
(a) Use consignee's inbound COL program
(b) Use the shipper's outbound COL program
(c) Use default CNWY 599 rates and charges effective on date of shipment

(3) Invoicing Instructions – Bill To: PPD
(a) If Bill To is an address for the shipper:
(i) Use the shipper's outbound PPD program
(ii) Use the shipper's Bill To program
(iii) Use consignee's inbound PPD program
(iv) Use default CNWY 599 rates and charges effective on date of shipment
(b) If Bill To is an address for the consignee:
(i) Use the consignee's inbound COL program
(ii) Use the consignee's Bill To program
(iii) Use the shipper's outbound COL program
(iv) Use default CNWY 599 rates and charges effective on date of shipment

(4) Invoicing Instructions – Bill To: COL
(a) If Bill To is an address for the consignee:
(i) Use the consignee's inbound COL program
(ii) Use the consignee's Bill To program
(iii) Use the shipper's outbound COL program
(iv) Use default CNWY 599 rates and charges effective on date of shipment
(b) If Bill To is an address for the shipper:
(i) Use the shipper's outbound PPD program
(ii) Use shipper's Bill To program
(iii) Use consignee's inbound PPD program
(iv) Use default CNWY 599 rates and charges effective on date of shipment

(5) Invoicing Instructions – 3rd Party or "Bill To" address other than shipper or consignee: PPD
(a) Use 3rd party program
(b) Use the shipper's outbound PPD program
(c) Use consignee's inbound PPD program
(d) Use default CNWY 599 rates and charges effective on date of shipment

(6) Invoicing Instructions – 3rd Party or "Bill To" address other than shipper or consignee: COL
(a) Use the 3rd party program
(b) Use the consignee's inbound COL program
(c) Use the shipper's outbound COL program
(d) Use default CNWY 599 rates and charges effective on date of shipment

**Where:**

**"In care of party" is defined as party authorized by owner to ship/receive goods.**

**All shipments will be presumed as PREPAID unless specifically designated as COLLECT on the Bill of Lading.**

For purposes of this rule, the payer of prepaid charges shall be determined at the time shipment is tendered, notwithstanding that a change in payer may be made by entity that states they are the debtor of the freight charges, subject to provisions outlined in Item 205.

## Arrival Notice and Undelivered Freight — Item 5

### Arrival Notice:

(1) Actual tender of delivery at consignee's address as shown on the Bill of Lading constitutes the notice of the arrival of a shipment except for shipments consigned to private residences, as defined in Item 224.

(2) If the shipment is not actually tendered for delivery, notice of arrival will be given to the consignee no later than the next business day following the arrival of the shipment.

- (a) The notice will be given by telephone, if convenient and practicable; otherwise by mail, email or telefax.
- (b) If the consignee's address is unknown to the carrier, the notice will be mailed to him at the post office serving the point of destination shown on the Bill of Lading.
- (c) In the case of notification by mail, the notice will be deemed to have been given (that is, received by the addressee) at 8:00 A.M. on the first business day after it was mailed.

### Undelivered Freight:

(1) If a shipment cannot be delivered because of the consignee's refusal or inability to accept it at the time carrier makes an arrival notice, the consignee and shipper will be jointly and severally liable for all storage and special handling charges applied, regardless of whether the bill of lading is Prepaid or Collect.

(2) Undelivered shipments will be subject to applicable storage or detention charges.

## Bill of Lading and Driver Signature — Item 6

The signature of a Con-Way Driver/Sales Representative on any Bill of Lading other than a Con-Way Bill of Lading will act only to acknowledge the receipt of freight as described on the document. This signature will not acknowledge agreement to any terms and conditions of carriage and/or liability conditions that may also appear on the document. Unless there is a written agreement, separate from the Bill of Lading, signed by shipper and carrier, then the Con-Way Bill of Lading Terms and Conditions will apply.

## Bill of Lading Terms and Conditions — Item 7

Reproduced here are the terms and conditions that appear on the Con-Way carrier Bill of Lading. They are shown here for convenience of reference, but are also made applicable to all pricing agreements where this tariff is used as a governing publication.

**Notice: Unless the Shipper completes the requirements as provided below, Carrier's liability shall be limited as stated herein and in Tariff CNWY-199, which may be obtained by request. Carrier shall in no event be liable for loss of profit, income, interest, attorney fees, or any special, incidental or consequential damages. Where the rate or NMFC classification is dependent on value, shippers are required to state specifically in writing the declared value of the property. For this purpose the declared value of the property is hereby specifically stated by the Shipper to be not exceeding $ __________. Also, paragraph number 2 on the reverse side of this Bill of Lading sets forth released value terms and conditions.**

**Carrier liability with shipment originating within the United States:** Unless the Shipper declares excess value on the Bill of Lading below, requests excess liability coverage and pays an additional charge, Carrier's maximum liability is $25.00 per pound per individual lost or damaged piece within the shipment, subject to $150,000.00 maximum total liability per shipment, and provided further that Carrier's liability on household goods, articles other than new articles, such as used and/or refurbished articles, or personal effects shall not exceed ten cents per pound per individual lost or damaged piece within the shipment. For this purpose the declared value of the property is hereby specifically stated by the Shipper to be $ ____________, and Shipper agrees to pay an additional charge for excess liability coverage. Total declared value may not exceed $650,000.00 per shipment.

**Carrier liability with shipment originating within Canada:** Unless the Shipper agrees to a Special Agreement, declares the value in the box below and agrees to pay the excess liability charge by initialing where indicated, Carrier's maximum liability is CAN$2.00 per pound (CAN$4.41per kilogram) per individual lost or damaged piece within the shipment, subject to a maximum total liability per shipment of CAN$20,000.00, and provided further that Carrier's liability on household goods, used and/or refurbished articles, or personal effects shall not exceed ten cents (CAN) per pound per individual lost or damaged piece within the shipment.

**SPECIAL AGREEMENT:** Declared Value: CAN $ ____________ per pound. (Declared value may not exceed CAN $100,000.00 per shipment) Shipper Agrees to Pay Excess Liability Charge: __________ (Shipper's Initials)

**Shipper Certification:** I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations

**Shipment Received:** The shipment is received subject to Tariff CNWY-199, Carrier's pricing schedules, terms, conditions and rules maintained at Carrier's general offices in effect on the date of issue of this Bill of Lading, as well as the National Motor Freight Classifications, the Hazardous Materials Transportation Regulations (Title 49 – CFR, Subtitle B, Chapter 1, Sub Chapter A-C), and the Household Goods Mileage Guide (HHGB 105 Series), for shipments originating in the United States; and the Canadian Motor Vehicle Transport Act, the Transportation of Dangerous Goods Act, and the regulations in force in the provincial jurisdiction at the time and place of the shipment for shipments originating in Canada. The property described on this Bill of Lading is in apparent good order, but only to the extent that it is unconcealed and visible without further inspection and except as noted or marked. The property is consigned and destined as indicated above. The word Carrier is defined throughout this contract as meaning any person or corporation in possession of the property under this contract. Carrier agrees to carry the property to its destination, if on its route, otherwise to deliver to another Carrier on the route to said destination. In the event no markings are indicated on the Bill of Lading stating that the shipment is to be billed as PPD or COL, all shipments will be billed as PPD. It is mutually agreed as to each Carrier of all or any of said property, over all or any portion of said route to the destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all of this Bill of Lading's terms and conditions in effect on the date of shipment, including, but not limited to, the "Terms and Conditions" listed on the backside of this Bill of Lading.

## "Terms and Conditions"

1) Unless otherwise agreed to by the parties in writing, the terms and conditions of the National Motor Freight Classification (NMF 100 Series) Uniform Straight Bill of Lading in effect on the date of the shipment shall apply, subject to this Bill of Lading, Tariff CNWY-199, and Con-Way's pricing schedules, terms, conditions and rules, which are not subject to modification unless agreed to by the parties in writing.

2) Shipments originating in the United States are subject to the released value provisions in the National Motor Freight Classification (NMFC) in effect on the date of the shipment and shall be considered to be released at the lowest released value stated therein, unless a higher value, as provided for in the NMFC, is declared on this Bill of Lading and an additional charge is paid as described in Carrier's tariffs. When Carrier and Shipper have agreed to the application of FREIGHT, ALL KINDS (FAK) pricing, then the lowest level of liability for the commodity being shipped, as published in the NMFC or Tariff CNWY-199 shall be applied. In no case shall Carrier's liability exceed the maximum liability provided by the classification for items subject to released value, or the actual loss to the product, whichever is less.

3) **Carrier shall not be liable for any failure to perform any of its respective obligations under the Bill of Lading or for loss, damage or delay to any of the goods described in the Bill of Lading when caused by an act of God, the Queen's or public enemies, riot, strike, other work stoppage or labor unrest, a defect or inherent vice in the**

goods, act of public authorities, act or omission of custom officials, terrorism, faulty or impassable highway, lack of capacity of a highway or bridge, authority of law, quarantines, civil commotions or hazardous incidents to a state of war, compliance with laws, government regulations, orders or requirements, act or omission of Shipper, Consignee, or owner of goods, or any cause beyond Carrier's control.

4) The Shipper and Consignee shall be liable, jointly and severally, for all unpaid charges payable on account of shipment. Nothing in this Bill of Lading shall limit the right of the Carrier to require the prepayment or guarantee of the freight charges at the time of shipment or prior to delivery.

5) The Shipper and Consignee shall be liable, jointly and severally, to pay and indemnify and hold Carrier harmless from all claims, fines, penalties, damages, costs, attorney fees, or other sums that may be incurred, suffered or dispersed for any violation of any terms contained herein or any other default of the Shipper or Consignee with respect to a shipment.

6) Carrier shall have a lien on the shipment for all sums due and payable to Carrier. In the event of nonpayment of any sums payable to Carrier, the shipment may be held by Carrier and be subject to storage and/or disposed of at public or private sale, without notice to Shipper or Consignee and with no liability to Carrier. Carrier shall be paid all sums due and payable to Carrier out of the proceeds of such sale, including storage charges. The Shipper and/or Consignee continue to be liable for the balance of any unpaid charges payable on account of the shipment.

7) Carrier shall provide on request of the Shipper, a written or electronic copy of the rate, classification, rules, and practices upon which any rate agreed to between the Shipper and Carrier may have been based.

8) All payments due hereunder shall be made within 15 calendar days of the date of invoice. Payment of charges not received within 15 calendar days of the date of invoice, or within a time period agreed to by the parties in writing, will be considered a late payment. Late payments shall be subject to a charge of 1.5 percent per month added to all outstanding amounts when either of the following conditions occur:

   A. When Carrier has notified debtor of the assignment or intent to assign the freight bill(s) to a professional service for collection, or to file a claim in a court of law for collection; or

   B. When Carrier has advised debtor in writing, of intent to apply the late fee of 1.5 percent per month.

   In addition, upon any of the aforementioned conditions occurring, any and all allowances, exceptions, commodity rates and other provisions which result in the total charges due the Carrier of less than the non-discounted charges due from Tariff CNWY-599 class rates in effect on the date of the shipment, shall be discontinued and no longer apply.

9) Carrier must issue any bill for charges in addition to those originally billed within 180 days of the date of the original bill in order to have the right to collect such additional charges. Shipper must contest the original bill within 180 days of the date of the original bill in order to have the right to contest such charges. Shipper shall not have the right to withhold or offset the payment of charges for any reason, including but not limited to, claims for lost or damaged goods.

10) Carrier is not bound to transport property by any particular schedule or in time for any particular market, or in any manner other than with reasonable dispatch.

11) Filing of Claims: Carrier is not liable for loss or damage to any goods carried under this Bill of Lading unless a written demand is filed with and received by a proper Carrier within nine (9) months (sixty (60) days for shipment originating in Canada) after the date of delivery of such goods to the consignee, or port of export, or in the case of failure to make delivery, then the written demand must be filed within nine (9) months after a reasonable time (not to exceed four (4) business days) for delivery has elapsed. The written demand must contain an assertion of Carrier liability for the alleged loss or damage; facts sufficient to identify the shipment or shipments involved; and a demand for the specific amount claimed. In Canada, the final statement of the claim must be filed within nine (9) months from the date of shipment. **Carrier shall not be liable in any lawsuit based on a cargo claim for loss or damage, unless the lawsuit is filed in a court of law, against Carrier no later than two (2) years and one (1) day from the date when written notice is given by the Carrier to the claimant that the Carrier has disallowed the claim or any part thereof.**

12) Property not picked-up by the party entitled to receive it, within the free time allowed by Tariff CNWY-199, and after notice to Consignee of the arrival of the property at destination or at the port of export (if intended to be exported) has been given; or property not accepted by the Consignee at the time it is tendered for delivery, may, at the Carrier's option, be kept in vehicle(s) or place(s) of business of the Carrier, or any other available storage facility. Such property will be subject to storage terms and charges as listed in Tariff CNWY-199 Item 231. The owner, Shipper and Consignee shall be jointly and severally liable for the cost of the storage. The property shall be held subject to a lien for all freight and other lawful charges. Notice of the placing of such goods in a warehouse shall be mailed to the address given for delivery.

Instructions on completing the "Bill To" Section: To request that the invoice be sent to an address other than that provided for either the Shipper or Consignee, the "Bill To" section must be completed. Completing the "Bill To" section does not relieve the Shipper, Consignee or any other party of joint and severally liability for the payment of charges.

## National Motor Freight Classification (NMFC) Item 8

The ratings, rules and regulations, estimated and minimum weights, shipping and packing requirements, allowances and privileges, or other provisions or conditions published in this Tariff, abrogate and supersede those in the NMFC, which conflict.

When the rates or ratings in this Tariff are silent as to rules and regulations, estimated and minimum weights, shipping and packing requirements, allowances and privileges or other conditions, the rates or ratings which are prescribed in such commodity items or exceptions to the NMFC, shall be subject to the terms (including estimated and minimum weights, shipping and packing requirements or other provisions or conditions) prescribed therefore, in connection with the ratings in the NMFC on the same commodity.

Where descriptive headings or individual listings shown in this Tariff correspond to the descriptive headings or individual listings used in the NMFC, such descriptive headings or individual listings will be understood to include all notes or other qualifying statements which appear in connection with such corresponding headings or listings in the NMFC. Where notes or other qualifying statements in the NMFC refer only to "Classes," such reference will also be taken to refer to "Classes" in this Tariff.

## Classification of Mixed Commodities (exception to NMF 100, Item 422) Item 9

When not specifically classified in the governing classification or specifically described in this Tariff, articles which have been combined or attached to each other, will be charged at the rate provided for the highest rated articles of the combination. On a shipment subject to the volume rates, the minimum weight will be the highest minimum weight provided for any article in the combination.

## Rate Quotes Item 10

(1) When carrier has furnished either orally or in writing an estimate of published tariff charges, such estimate will be given on the basis of the effective published tariff provision(s) as applicable to those facts concerning the shipment(s) which are made known to carrier.

(2) Estimates of freight charges are furnished as a convenience to the shipping public and represent nothing more than an approximation of freight charges which is not binding either on the carrier or the shipper.

(3) All transportation charges on a shipment will be assessed on the basis of tariff provisions in effect at the time of shipment, as applicable to the weight, commodity or commodities shipped and transportation and related services performed in connection therewith.

# Exclusive Use (exception to NMF 100, Item 595)

# Item 11

(Subject to Notes 1-3)

## SECTION 1—Control of Vehicle or Doubles Trailer

Except as provided in Section 2 of this item, no shipment is entitled to the exclusive use of the vehicle or doubles - trailer in which it is to be transported and the carrier has control of the vehicle or doubles trailer with the unrestricted right to:

(1) Select the vehicle or doubles-trailer for the transportation of a shipment.

(2) Transfer the shipment to another vehicle or doubles-trailer.

(3) Load other freight on the same vehicle or doubles-trailer.

(4) Remove locks or seals applied to the vehicle or doubles-trailer.

## SECTION 2—Exclusive Use of Vehicle or Doubles Trailer

When the exclusive use of a vehicle or doubles trailer is provided by the carrier at the request of shipper or consignee, the following provisions will apply:

(1) Charges will apply to each vehicle or doubles trailer used to transport the shipment.

(2) The request must be given in writing or placed on the bill of lading and shipping order.

(3) When bill of lading and/or shipping instructions prohibit the breaking of locks or seals or the co-loading of additional freight, such instructions will be considered as a written request for exclusive use service.

(4) The vehicle or doubles trailer will be devoted exclusively to the transportation of the shipment, without the breaking of locks or seals, except as provided in Paragraph (5).

(5) In the event a lock or seal has been removed from a vehicle or doubles trailer, the carrier will immediately re-lock or re-seal the vehicle or doubles trailer and will notate the accompanying papers with the new lock or seal number and the reason for removal of the original lock or seal.

(6) The charges for this service will be assessed between the point of origin and point of destination based on Tariff CNWY 599 current at time of shipment rates, and will be for the actual weight of the shipment at the rate applicable, subject to a 30% discount but not less than the minimum charge for each vehicle or doubles trailer used, computed on a weight of:

30,000 pounds at the Class 100 scale 30M rate for a vehicle, or

20,000 pounds at the Class 100 scale 20M rate for a doubles trailer

(7) Charges are to be paid or guaranteed by the party requesting the services.

(8) When the request for exclusive use of vehicle or doubles trailer is made by the shipper or consignee after shipment has been received for and is in possession of the carrier, the carrier will, if possible, intercept the shipment and convert it to exclusive use of vehicle or doubles trailer service over as much of the route as possible. The party making the request must confirm in writing and must guarantee charges. Such written verification will be preserved by the carrier and be considered as part of the bill of lading contract. Charges will be assessed as provided in Paragraph (7) between the point of origin and point of destination.

## Delayed Delivery—Protective Service Item 12

The carrier will not be responsible for any damage to shipments containing commodities requiring protection from heat or cold if said damage is the result of a delay in delivery because of the need for a delivery appointment, notification prior to delivery, any other delay in delivery not directly attributable to negligence on the part of the carrier, or if the shipment is refused by the consignee, or if shipper insists on a pickup when carrier has declared an embargo on temperature sensitive commodities.

## Currency Exchange and Payment of Charges Item 13

For purposes of determining the rates of exchange for shipments between the United States and Canada the following will apply:

All rates, charges or other amounts published in this Tariff, are stated in U.S. currency, and all charges are payable in U.S. currency unless prior agreement has been approved by carrier for payment in Canadian dollars. If shipment has origin or destination in Canada, or if applicable the "Bill To" in Canada, then shipment will be invoiced in Canadian dollars.

**Canada:**

The rate of exchange between the U.S. dollar and the Canadian dollar as quoted each Monday by the U.S. National Bank of Oregon—Foreign Exchange Dept., will govern for shipments picked up for the period Monday through Sunday of each day subsequent to and including the effective date of the quote. Should the governing day (Monday) fall on a day where no exchange rate is quoted by the U.S. National Bank of Oregon, the exchange rate for the preceding quoted day will govern.

## Minimum Charge—Household Goods and/or Personal Effects Item 14

The minimum charge for an LTL shipment of household goods or personal effects, other than military personal effects moving on a Government Bill of Lading, as described in NMF 100, Items 100200 and 100262, will be for 500 pounds at the applicable rate, but not less than the minimum charge published between the origin and destination.

## Mixed Shipments (exception to NMF 100, Item 640) Item 15

The provisions of Sections 1, 2 and 3 in Item 640 of NMF 100 do not apply. The following sections shall apply in place of these sections.

Section 1: Single shipments which consist of articles subject to only one class or commodity rate will be rated as if each article were tendered as a straight shipment weighing the same as the aggregate weight of the mixed shipment.

Section 2: Single shipments which consist of articles subject to two or more different class or commodity rates, when such articles are separately packaged, will be rated at the class or commodity rate applicable to each article as if each article were tendered as a straight shipment weighing the same as the aggregate weights of the mixed shipments. Any deficit weight will be charged for at the lowest rate applicable to any article in the shipment.

Section 3(a): Except as provided in Sections 3(b) or 3(c), the charge for a package (subject to Note 1), pallet, platform or skid containing or bearing articles subject to different rates, will be at the rate provided for the highest rated article in or on the package, pallet, platform or skid. All the articles need not be specified on the shipping order or Bill of Lading, but only one of the articles subject to the highest rate need be specified. In such instances the following notation must appear on shipping order and Bill of Lading: "and other articles rated the same or lower," which may be abbreviated to "RS or L."

Section 3(b): Subject to Note 2, when more than one package is loaded on and strapped to a pallet, platform or skid, the charge for each package shall be at the rate provided for the highest rated article in that package.

Section 3(c): Subject to Note 2, when there is tendered any pallet, platform or skid containing or bearing articles (not in individual packages) subject to different rates, the charge for each article will be at the rate provided for that article.

Note 1: The term "package" has the same meaning as the definition for "in package" set forth in Section 5 of NMF 100, Item 680.

Note 2: The weight of the pallet, platform or skid will be charged for at the lowest rate applicable to any article on the pallet, platform or skid, and the shipper shall show separately on the bill of lading the weight of the individual packages or articles, and the weight of the pallet, platform or skid.

## Pickup and Delivery — Item 16

Except as otherwise provided, rates in tariffs making reference to this Tariff include one pickup and loading, and one delivery and unloading, or one tender for delivery of a shipment at one site by the carrier during business hours (see Item 225 for Pickup or Delivery Service—Saturdays, Sundays, Holidays or After Business Hours) are subject to the provisions indicated below:

(1) PICKUP: At the request of the shipper, the carrier will furnish and place a vehicle and trailer at the loading site designated by the shipper to pick up a shipment tendered for transportation.

(2) DELIVERY: The delivery of a shipment by the carrier to the place of delivery specified on the bill of lading will include the placing of a vehicle and trailer at the delivery site designated by the consignee.

(3) Where consignee requires the carrier to assemble and drop-deliver consolidated trailer loads for consignee to unload, the carrier will comply. All shipments will be checked and verified by the carrier prior to loading. Each shipment will be manifested on the drop trailer manifest. The trailer will be sealed and tendered to the consignee along with the manifest and the delivery bills. The consignee will sign the manifest and carrier will retain a signed copy of the drop manifest along with the control copies of the delivery receipts. At this time, all shipments shown on manifest will be considered delivered, in the amount as documented by carrier.

Consignee will return delivery receipts and completed manifests to carrier within 48 hours. Where consignee takes exception, and there is a conflict between consignee's and carrier's documentation, consignee must provide conclusive and substantial evidence of carrier negligence. In the absence of such evidence the carrier's documentation will maintain its veracity, and carrier liability will not be established, except as indicated on carrier's documentation.

## Loading/Unloading by Carrier — Item 17

(1) LOADING BY CARRIER: Freight tendered for loading shall be so situated by the shipper as to be directly accessible to the vehicle or it shall be immediately adjacent to a parking space suitable for carrier to place its vehicle for loading (see Note 1). Loading includes stowing and counting of the freight in or on the carrier's vehicle. (See Item 216 for Inside Delivery).

Carrier will furnish only one employee per vehicle for loading, be it the driver, helper or any other carrier employee or its designated agent except as provided in Item 214 (Extra Labor—Loading).

(2) UNLOADING BY CARRIER: Freight will be unloaded at the delivery site immediately adjacent to the delivery vehicle (See Note 1). Unloading includes the counting and removal of the freight from the position in which it is transported in or on the carrier's vehicle. (See Item 216 for Inside Delivery).

Carrier will furnish only one employee per vehicle for unloading, be it the driver, helper or any other carrier employee or its designated agent except as provided in Item 214 (Extra Labor—Unloading).

Note 1: Freight shall be deemed to be immediately adjacent to a space suitable for carrier to place its vehicle for loading or unloading if separated therefrom only by an intervening public sidewalk.
If a parking space suitable for carrier to place its vehicle for loading or unloading is occupied or city ordinance prevents its use, the nearest available parking space may be used.
When two or more shipments are placed by the shipper as close as practicable to a parking space suitable for carrier to place its vehicle for loading, all such shipments will be considered as immediately adjacent thereto even though the shipment or shipments that were closest to such parking space were picked up first by the same or different motor carrier.

When shipper assigns to two or more carriers designated spaces in shipping room or loading platform where outgoing freight will be placed by the shipper for pickup by the designated carriers and all of such assigned spaces are as close as practicable to a parking space suitable for carrier to place its vehicle for loading, all such assigned and designated spaces will be considered immediately adjacent to such parking space.

## Prepayment and Guarantee of Charges Item 19

(Refer to Item 207 for payment terms)

When instructions are received by a carrier to pick up a shipment at a point or site other than that at which such instructions are issued, and when charges on the shipment are to be prepaid, such shipment will be accepted only when the party issuing the instructions for pickup guarantees the freight charges on the Bill of Lading.

When a collect shipment is consigned to a party at one point or site with instructions to collect freight charges from another party at the same or a different point or site, such shipment will be accepted only when the shipper guarantees the freight charges on the Bill of Lading.

A shipment on which charges are to be paid by a party other than the shipper or consignee will be accepted provided that the shipper has established credit with the carrier picking up the shipment at origin and guarantees to pay the charges if the third party fails to do so.

(1) All ocean charges must be prepaid. Ocean charges will not be advanced by carrier.

(2) All rates and charges on shipments for export to Mexico must be prepaid.

(3) Freight charges must be prepaid on all shipments consigned to, or in care of, trade shows, traveling shows, and exhibits.

(4) Subject to Note 1 below, shipments consigned to the U. S. Postmaster at a particular point, or to a carrier for delivery to a U. S. Post Office at a particular point, will be accepted only on the following conditions:

- (a) All charges on such shipments must be prepaid.
- (b) The post office stamp on the carrier's freight bill will be accepted in lieu of signature as receipt for the delivery of the shipment.
- (c) Packages must carry sufficient postage for movement to destinations.

Note 1: The provisions of this rule will not apply on property shipped by or for the government on government bills of lading, or commercial Bills of Lading endorsed to show that such Bills of Lading are to be exchanged for government bills of lading at destination or that actual transportation costs will ultimately be prepaid by the government.

(5) Any shipment moving by a carrier, consigned to or through a shippers' association, freight consolidator, freight distributor, or similar firm, will be handled only when fully prepaid to point where delivered by carrier to such association, consolidator, distributor or other firm. Any transportation or other charges incurred or payable beyond said point of delivery will not be collectible by or the responsibility of carrier. Shipments as described above will NOT be accepted when moving Collect on Delivery (COD), or on an Order Bill of Lading.

# Released Valuation and Liability on Commodities Subject to Exceptions Ratings — Item 20

Shipments originating in the United States are subject to the released value provisions in the National Motor Freight Classification (NMFC) in effect on the date of the shipment and shall be considered to be released at the lowest released value stated therein, unless a higher value, as provided for in the NMFC, is declared on the Bill of Lading and an additional charge is paid as described in Carrier's tariffs. When Carrier and Shipper have agreed to the application of FREIGHT, ALL KINDS (FAK) pricing, then the lowest level of liability for the commodity being shipped, as published in the NMFC or Tariff CNWY-199 shall be applied. In no case shall Carrier's liability exceed the maximum liability provided by the classification for items subject to released value, or the actual loss to the product, whichever is less.

Con-Way's liability for loss or damage to any article(s) or part(s) thereof for which the charges are determined by class exception ratings or freight of all kinds (FAK) class exceptions is limited to the (1) actual invoice value of the articles(s) lost, damaged or destroyed; (2) limited liability provisions of the Bill of Lading; or, (3) applicable limited liability provisions of the NMFC (note 3); whichever is less, subject to the maximums by exception class as shown below, unless a higher value is declared and additional charges are paid. (See Note 1)

| *Class Exception | **Maximum Liability | *Class Exception | **Maximum Liability |
|---|---|---|---|
| 50 | $1.00 | 70 | $6.50 |
| 55 | $2.00 | 77.5 | $8.50 |
| 60 | $2.50 | 85 | $13.00 |
| 65 | $4.00 | 92.5 and 100 | $15.00 |

*For class exceptions class 110 and greater, the maximum liability is $25.00 per pound per individual lost or damaged piece within the shipment, subject to $150,000.00 maximum total liability per shipment.

**Maximum liability per pound per individual lost or damaged piece within the shipment, subject to $150,000.00 maximum total liability per shipment.

Additional Excess Liability Coverage—See Item 7 and Item 227 of this Tariff for applicable rules, rates and charges for this service.

(1) Shipper must indicate in writing on the Bill of Lading at time of shipment the total dollar amount of excess value coverage requested.

EXAMPLE
Shipper requesting additional excess value coverage
must enter on the Bill of Lading the following wording:
"Excess value coverage requested"
- Or -
"Excess value coverage requested: $25,000.00"

(2) **Excess value charges must be paid by the party responsible for payment of the freight charges.**

(3) When a number of individual pieces have been unitized, strapped or otherwise fastened together, boxed, packaged or contained on pallets or skids, or have been over packed in an additional complying package, Con-Way's liability will be determined by separately multiplying the lowest level of liability for the commodity being shipped times the weight of the total number of individual pieces lost or damaged and not on the basis of the weight of the total number of pieces.

Note 1: Shipper declared values in excess of the maximums provided in this item will be accepted as a request for excess coverage and additional charges applied as indicated above.

Note 2: Excess value coverage shall not exceed full actual value of the article(s) lost or damaged in transit.

Note 3: Commodities subject to class exceptions of freight of all kinds (FAK) and class exceptions for which released ratings are provided in the NMFC, must be released to the lowest value provided for such commodity.

## Returned Undelivered Shipments — Item 21

Undelivered shipments that are returned to the shipper at the shipper's request prior to loading and movement to linehaul, will be subject to the following rates and charges:

| Returned Undelivered Shipments | Charge |
|---|---|
| Change in documentation .......................... | **$43.00 per shipment, PLUS:** Transportation to deliver Returned Shipment to original shipper, using Tariff CNWY 599 rate from original destination Con-Way service center to the new place of delivery, including any minimum charge, if applicable. |

## Foreign Tariffs — Item 22

Base rating tariffs not published by Con-Way Transportation Services are defined as foreign tariffs. When a foreign tariff is used as the base for rating a customer's bill, and the bill indicates origin and/or destination U. S. and/or Canadian Postal ZIP Codes that are not identified and included within the foreign tariff, then rating of the shipment will be accomplished using the current version of Tariff CNWY 599 (includes standard discounts published as part of CNWY 599).

## Overcharge Claims—Filing Procedures — Item 23

(1) Claims for overcharge, duplicate payment, or overcollection shall be accompanied by sufficient information to allow carriers to conduct an investigation and pay or decline the claim. Claims shall include the name of the claimant, its file number, if any, and the amount of the refund sought to be recovered, if known.

(2) Except when the original freight bill is not a paper document but is electronically transmitted, claims for overcharge shall be accompanied by the original freight bill. Additional information may include, but is not limited to, the following:

(a) The rate, classification, or commodity description or weight claimed to have been applicable,

(b) Complete tariff authority for the rate, classification, or commodity description claimed,

(c) Freight bill payment information,

(d) Other documents or data which is believed by claimant to substantiate the basis for its claim.

(3) Claims for duplicate payment and overcollection shall be accompanied by the original freight bill(s) for which charges were paid (except when the original freight bill is not a paper document but is electronically transmitted) and by freight bill payment information.

(4) A carrier may accept copies instead of the original documents required to be submitted in this item where the carrier is furnished with an agreement entered into by claimant which indemnifies the carrier for subsequent duplicate claims which might be filed and supported by the original documents.

(5) Carrier must issue any bill for charges in addition to those originally billed within 180 days of the date of the original bill in order to have the right to collect such additional charges. Debtor must contest the original bill within 180 days of the date of the original bill in order to have the right to contest such charges. Debtor shall not have the right to withhold or offset the payment of charges for any reason, including but not limited to, claims for lost or damaged goods.

## Standard Delivery Service Guarantee Item 24

Effective October 1, 2003 all eligible shipments tendered to Con-Way under the current version of its Tariff CNWY-599 will receive a "no charge" guarantee. There will be no additional fee for this guarantee. The program will cover all points served direct by Con-Way in the continental United States and Canada. If delivery is not completed within the published transit time, the debtor can receive a zero invoice for all net linehaul charges, including fuel surcharges. All other applicable accessorial charges would still apply. Shipments requiring temperature control and those marked for Con-Way Deferred service are excluded from this program.

The program covers all shipments using a pricing program based on the current version of Tariff CNWY-599. No action is needed on the part of Con-Way customers to be enrolled in the program. The program will automatically be applied, and is subject to the following conditions:

- The program begins with shipments tendered on or after October 1, 2003.
- The pricing for the shipment must be based on the current version of Tariff CNWY-599 on the date the shipment is tendered to Con-Way. All customers using current version of CNWY-599 will be subject to the no-charge guarantee service.
- Delivery Service Guarantee only applies to points that are serviced direct by Con-Way within the continental United States and Canada.
- Delivery will be marked as completed when Con-Way tenders a shipment for delivery within the published standard transit time.
- The shipment must be ready for pickup no later than 5 PM local time on the day of shipment.
- The debtor on the shipment must file for the no-charge offer within 7 calendar days after the scheduled date of delivery, based on the published Con-Way transit time on the date of shipment tender. These standard transit times can be viewed on the Con-Way web site... www.con-way.com.
- Only the debtor (defined as the beneficial owner of the freight) may file. No agent, representative or third party may file on behalf of the debtor. Only the original debtor on the bill of lading is eligible for the service guarantee. Any changes made to the original debtor of the freight bill will render the service guarantee null and void.
- The filing for the money-back guarantee can be made using an easy-to-complete electronic form available on the Con-Way web site. The debtor must be a registered web site user to file a claim.
- In the event claim for failure to perform service is denied, any objections or disputes of such denied claim must be filed within 30 calendar days of original scheduled date of delivery of shipment.
- Transit time performance is excused when completion is not possible due to loss, damage or delay to any of the goods described in the Bill of Lading when delay is caused by an act of God, public enemies, riot, strike, other work stoppage or labor unrest, a defect or inherent vice in the goods, act of public authorities, act or omission of custom officials, terrorism, faulty or impassable highway, lack of capacity of a highway or bridge, authority of law, quarantines, civil commotion or hazardous incidents to a state of war, compliance with laws, government regulations, orders or requirements, act or omission of shipper, consignee, or owner of the goods, or any cause beyond Con-Way's control.
- **Effective March 1, 2004, any customer who marks a "G!" or "Guaranteed" on the bill of lading will be charged an extra 20% and the shipment will move under the original "G!" program as outlined in tariff CNWY 199 Item 200.**
- **Shipments marked for or that subsequently require delivery using lift gate equipment are excluded from this program.**
- **Shipments marked for Con-Way Deferred service are excluded from this program**
- **Service is NOT applicable to shipments requiring temperature control.**

- Standard transit times that will be used to measure on-time between U.S. and Canadian Postal Codes are published on the Con-Way Internet web site... www.con-way.com

**Should Con-Way not tender or make the shipment available for delivery within the standard transit time, a corrected invoice for the shipment will be issued with ZERO net linehaul charges, accessorial rates and fuel surcharges will remain valid.**

# Section 2

## RATES AND CHARGES

(All Rates and Charges in this Section will be assessed against the party requesting the service unless written authorization to the contrary has been received.)

## DEFERRED Service — Item 199

Customer may request **Deferred** service by clearly and legibly marking the words ***"Con-Way* Deferred"** in the body of the Bill of Lading and notifying the Con-Way Driver/Sales Representative at time of pick up that the shipment is to move via **Deferred** service. Con-Way will use intermodal service for a portion of the linehaul movement of the shipment.

A twenty percent (20%) reduction will be made from the applicable NET (after discount) linehaul charge. When an Absolute Minimum Charge (AMC) is applicable the 20% reduction for **Deferred** service will not apply. The invoice for the shipment will reflect the twenty percent reduction from the applicable NET linehaul charge. Any charges for accessorial services ordered by the shipper or consignee will not be subject to the 20% reduction. Following is an example of how the rate for **Deferred** service will be calculated:

| | |
|---|---|
| Linehaul Charges | $100.00 |
| Customer Negotiated Discount @ 45% | 45.00 |
| Net Linehaul Charges | 55.00 |
| DEFERRED Discount @ 20% | 11.00 |
| Accessorial Charge - Inside Delivery | 31.50 |
| Net Deferred Charges | 75.50 |

**Deferred** service is only available between points in the following states and Canadian provinces (ON, PQ, ME, MA, NH, VT, RI, CT, NY, NJ, DE, DC, MD, PA, WV, KY, OH, IN, MI, IL, MO, IA, WI, MN, ND, SD, NE, KS, VA, NC, SC, GA, FL, TN, AL, MS, AR, LA, TX, OK) on the one hand and the states of CA, OR and WA on the other hand. **Deferred** service is NOT available to shipments requiring temperature control. ***Guaranteed!*** Service is not available when **Deferred** service is requested.

The following items <u>cannot</u> move via **Deferred** service:

Perishable products or merchandise requiring protection from cold or freezing.

The following hazardous materials (these items are in addition to hazardous materials that Con-Way does not currently handle):

Poison inhalation hazard class 6.1, 1

Dangerous when wet class 4.3

Poison gas class 2.3

Tote tanks, tote bins

**The Con-Way companies do not accept the following commodities for transportation under any circumstances, including Deferred service:**

Explosives - Classes 1.1,1.2, 1.3

Class 7 HRCQ, radioactive materials (radioactive materials moving in large quantities designated as *"Highway Route Controlled Quantities"* [HRCQ])

Hazardous waste or material requiring an *EPA Hazardous Waste Manifest,* including any material described as a waste, such as radioactive waste, medical waste, or any other waste

Class 6.2, Infectious Substances

## *Guaranteed!* Service — Item 200

Customer may request ***Guaranteed!*** service by clearly and legibly marking these words ***"Con-Way Guaranteed!*** service" (the word "Guaranteed" as well as the letter "G" will be accepted) in the body of the Bill of Lading and notifying the Con-Way Driver/Sales Representative who picks up the shipment. This service provides a guarantee that Con-Way will deliver the shipment within the "standard" number of days established for Con-Way transit time between the origin and destination points listed on the Bill of Lading. The "standard" transit time will be that listed on the Con-Way Internet web site on the day the shipment is tendered. A customer may request ***Guaranteed!*** service on any shipments, regardless of what pricing program or negotiated set of rates that has been established with Con-Way. Only points where Con-Way provides direct service are included. The five-digit US ZIP Code or six-character Canadian Postal Code will establish the points of origin and destination. A twenty percent (20%) surcharge charge to net the linehaul charges will be added to the price of the shipment. Should Con-Way not tender or make the shipment available for delivery within the standard transit time, an invoice for the shipment will be automatically issued with ZERO net linehaul charges, excluding the elimination of any accessorial rates or charges that may apply.

Con-Way shall not be liable for any failure to perform its ***Guaranteed!*** service or for loss, damage or delay to any of the goods described in the Bill of Lading when delay is caused by an act of God, public enemies, riot, strike, other work stoppage or labor unrest, a defect or inherent vice in the goods, act of public authorities, act or omission of custom officials, terrorism, faulty or impassable highway, lack of capacity of a highway or bridge, authority of law, quarantines, civil commotion or hazardous incidents to a state of war, compliance with laws, government regulations, orders or requirements, act or omission of shipper, consignee, or owner of the goods, or any cause beyond Con-Way's control.

Shipments marked for or that subsequently require delivery using lift gate equipment are excluded from this program.

***Guaranteed!*** service is NOT applicable to shipments requiring temperature control.

## Construction and Utility Sites, Pickups & Deliveries — Item 201

(Subject to Notes 1, 2 & 3)

Shipments picked up or delivered to construction and utility sites at points within the United States, Canada and Puerto Rico will in addition to all other applicable charges, be subject to a charge of **$80.00** per shipment, or **$4.20** per hundredweight, whichever produces the greater amount.

Note 1: The term "Construction Site" shall be defined as the site of any construction of buildings, roads or bridges or other structures including the entire property upon which the construction is taking place, and delivery to any facility (such as warehouses, depots, supply houses or similar facilities) located on such property.

Note 2: The term "Utility Site" shall be defined as a power generation station, whether nuclear, thermal, hydroelectric or fossil fuel, or pumping station located outside the normal commercial pickup and delivery region of the carrier for a town, city or municipality.

Note 3: **Pickups and Deliveries to such sites will be granted 30 minutes of free time in which to load or unload shipment. Once free time has expired all applicable charges as stated in Item 201 will apply.**

## Government Sites and Mines, Pickups & Deliveries — Item 202

(Subject to Notes 1, 2 & 3)

Shipments delivered to or picked up at mines and government sites at points within the United States, Canada and Puerto Rico will in addition to all other applicable charges, be subject to a charge of **$145.00** per shipment, or **$3.70** per hundredweight, whichever produces the greater amount.

Note 1: The term "Mine" shall be defined as the site of any mineral mine location, whether underground or open mining, including the entire property of the mine.

Note 2: The term "Government Site" shall be defined as, but not limited to the examples listed below of government facilities and/or geographic regions managed by the government. These sites may or may not have a U. S. or Canadian Postal ZIP Code assigned.

- Military locations such as missile sites.
- Military and civilian radio, aviation and electronic stations.
- Government research stations.
- Prisons/Correctional Facilities.

Note 3: Pickups and Deliveries to such sites will be granted 30 minutes of free time in which to load or unload shipment. Once free time has expired all applicable charges as stated in Item 202 will apply.

## Advancing Charges (exception to NMF 100, Item 300) — Item 203

No charges of any description will be advanced to shippers, owners, consignees or agents thereof, nor to their draymen or warehousemen, except charges which are incidental to the transportation of the shipment (Subject to Note 1). The basis of charges to be advanced, as shown in Note 1, must be stated on bill of lading at time of shipment.

The charges for collecting and remitting the amount of the advance charges will be billed to the same party paying the linehaul charges.

The charges for advancing charges will be three percent (3%) of the advanced amount, subject to a minimum fee of **$45.00** per bill.

**Note 1:** The term "Charges Incidental to the Transportation of the Shipment" shall include only the following:

(1) Charges for packing or crating of the shipment.
(2) Loading or unloading charges.
(3) Inbound transportation charges, not a part of the continuous through movement of the shipment.
(4) Inbound transportation charges when such charges are derived from rates or charges on file with the Federal Maritime Commission.
(5) Drayage charges (Subject to Note 2).
(6) Drayage charges (Subject to Note 2) or inbound linehaul transportation charges when payment of such charges are guaranteed in writing by the shipper or his agent.
(7) In-bond or Custom House charges.
(8) Wharfage or handling charges on import shipments.
(9) Warehouse storage or warehouse handling charges.
(10) Broker's fees on customs or in-bond freight.

**Note 2:** The term "Drayage" as used in this item shall mean local transportation within the pickup terminal area, from actual origin to the linehaul carrier's dock.

# Bills of Lading, Freight Bills and Statements of Charges — Item 204

(addition to NMF 100, Item 360)

When payor of freight or other lawful charges requires or requests, as a prerequisite to payment (See Notes 2, 3 and 4):

(1) A copy of the Bill of Lading, freight bills or statements of transportation charges, proof of delivery, or other documents related to the shipment, and payor will accept such document copies as generated by the Con-Way Optically Stored Image (OSI) system, the first of any requested documents will be provided without additional charge. If more than a single document attachment is required or requested, a charge of **$15.50** per document will be assessed;

-- or --

(2)

Note 1: When as a prerequisite to payment, the shipper's furnished copy of the bill of lading is to be returned, unless written prior arrangements are made by the shipper, the furnished copies must be clearly and prominently marked by the shipper with specific instructions directing its return with freight bill.

Note 2: The charges set forth in ( 1) above will not apply to:

(a) Bank Payment Plans when documentation is limited to (1) deposit ticket(s) supplied by the bank, or (2) supporting freight bills not in excess of 3 copies

(b) Sight Draft Plans when documentation is limited to (1) sight drafts which do not require the carrier to provide information pertaining to the rating of the shipment(s) on the sight draft, or (2) supporting freight bill(s) and statement(s) of charges not in excess of three copies.

Note 3: The provisions set forth will not apply to shipments moving on United States Government Bills of Lading.

Note 4: Except for extra copies furnished by the shipper (See Paragraph 2), Bills of Lading or other documents will be provided from Optically Stored Images. Copies of freight bills, including proof of delivery, will also be provided from Optically Stored Images.

# Bills of Lading—Corrections — Item 205

Changes to shipment terms, shipper, consignee, (origins and destinations included) description, pieces and/or weight can be made by the shipper within thirty (30) days after the shipment has been accepted by the carrier. The consignee may request a change in the terms of payment from prepaid to collect. The changes must be in writing in the form of a letter on the shipper's letterhead, or a corrected Bill of Lading. Carrier will assess a charge of **$15.50** each time a correction is made at the request of the shipper and/or consignee. Each request can contain more than one correction by the shipper. This charge will apply in addition to all other rates and charges found in CNWY 199 or other rating or pricing agreement between shipper and carrier. No changes will be accepted that increase carrier's liability regarding loss or damage.

# C.O.D. Shipments (including Order Notify) Item 206

Unless otherwise provided in carriers' tariffs, collect on delivery (COD) shipments will be accepted subject to the following provisions and charges:

(1) Shipments must be tendered on Con-Way's Bill of Lading form or "Uniform Straight," "Straight Bill of Lading Short Form" or "Straight" Bill of Lading forms as shown in the NMFC 100. The letters "COD" must be stamped, typed or written on all such Bills of Lading and shipping orders immediately before name of consignee; OR, "COD" in red letters at least one (1) inch in height with thickness of stroke 1/4 inch thick or greater must be stamped or printed across the face of all Bills of Lading and shipping orders. Only one COD amount may be shown and may not be subject to change dependent upon time or conditions of payment. The name and street and post office address of shipper and consignee must be shown on Bill of Lading and shipping order. On Straight Bills of Lading—Short Form, there must be shown in the space provided for this purpose or in the lower left hand corner of space provided for "description of articles, special marks and exceptions," the following information.

Collect on Delivery, $________________________ and remit to:
________________________________________ Street
________________________________________ City
____________________ State__________________Zip
COD charge to be paid by:
Shipper ______________
Consignee______________

(2) Only the following forms of payment will be accepted in payment of COD amounts:

(1) bank cashier's check; (2) bank certified check; (3) money order or (4) personal check of the consignee. Failure of the shipper to specify the method of payment would make a bank cashiers check, bank certified check, money order or personal check acceptable. All checks and money orders shall be made payable to the shipper. The carrier will accept checks and money orders only as the agent of the shipper and the carriers' responsibility is limited to the exercise of due care and diligence in forwarding such checks and money orders to shipper.

(3) The charges for collecting and remitting the amount of each COD bill to be collected on shipments consigned COD will be three percent (3%) of the COD amount, subject to a minimum COD fee of **$45.00** per COD bill.

(4) (a) Carrier, will upon written request from the shipper, change the status of a COD shipment (except as prohibited by Sec. 1) by increasing, reducing, or canceling the amount of the COD, subject to the following provisions:

(1) The request must be received by the delivering carrier in time to accomplish the change requested prior to effecting delivery of this shipment.

(2) A charge of **$45.00** per shipment will be made for increasing, reducing, canceling or adding the COD amount.

(b) Carrier will, upon written authorization from shipper, change the form of payment of COD amounts to accept consignee's personal check when such form of payment was not originally authorized, subject to an additional charge of **$45.00** per shipment. If request received after the shipment has been tendered for delivery and refused by consignee, the shipment will also be assessed the applicable redelivery charge as provided in carrier's tariffs, in addition to the charge or changing the form of acceptable payment. Shipper must guarantee payment of the charge for changing the form of payment and the redelivery charge if any.

(5) Order Notify Shipments will not be handled. If handled inadvertently, then a shipment moving on Order Notify Bills of Lading will be subject to a charge of three percent (3%) of the amount subject to a minimum of $207.00, to cover the liability for handling of such Bills of Lading. This charge will be in addition to all other applicable charges and will be collected from the party paying the freight charges.

## Late Payment Charge — Item 207

All payments due hereunder shall be made within 15 calendar days of the date of invoice. Payment of charges not received within 15 calendar days of the date of invoice, or within a time period agreed to by the parties in writing, will be considered a late payment. Late payments shall be subject to a charge of **1.5 percent** per month added to all outstanding amounts when either of the following conditions occur:

(A) When carrier has notified debtor of the assignment or intent to assign the freight bill(s) to a professional service for collection, or to file a claim in a court of law for collection; or,

(B) When carrier has advised debtor, in writing, of intent to apply the late fee of **1.5 percent** per month.

In addition, upon any of the aforementioned conditions occurring, any and all allowances, exceptions, commodity rates and other provisions which result in the total charges due the Carrier of less than the non-discounted charges due from Tariff CNWY-599 class rates in effect on the date of the shipment, shall be discontinued and no longer apply

## Returned Check Charge — Item 208

Upon receipt of written notification that a check has been returned to the carrier for non-payment due to insufficient funds, a charge of **$45.00** for each returned check, will be applied against the customer's account.

The carrier will provide the debtor with written notification of the additional amount due and shall include the original invoice.

This charge would be in addition to all other lawful charges published herein.

## In Bond Freight—United States — Item 209

(1) Shipments moving under United States Customs Bond for U. S. Customs Clearance at a point in the United States or delivery by carrier are required to be made under U. S. Customs Supervision. Such shipments will be assessed a charge of **$2.20** per 100 pounds subject to a minimum charge of **$80.00** and a maximum charge of **$200.00** per shipment or per vehicle, if more than one vehicle is required to transport the shipment (Subject to Note 1). Such charges shall be in addition to all other applicable charges.

(2) Linehaul rates on shipments requiring U. S. Customs Clearance at point other than the final destination will be assessed on the basis of rates and charges applicable from point of origin to the point of U. S. Customs Clearance, plus the rates and charges applicable from the point of U. S. Customs Clearance to the final destination except no beyond linehaul rates will apply when the final destination is located within the commercial zone of the point of U. S. Customs Clearance and is subject to the same linehaul rate as the point of U. S. Customs Clearance.

(3) Shipments waiting for U. S. Customs Clearance will be subject to the applicable detention charges in NMF 100, or storage charges in CNWY 199 Item 231. Detention charges, if any, will be assessed against the party responsible for linehaul charges. For the purpose of applying storage rules and charges in connection with shipments moving under United States Customs Bond, notification to the Deputy Collector of Customs that a shipment is available for customs inspection will constitute tender of shipment for delivery.

(4) Each I. T. Permit (Immediate Transportation Permit) issued for movement of an in-bond shipment will be considered as a separate shipment, and must be accompanied by one Bill of Lading and shipping order. The provisions of this paragraph will not apply to truckload shipments moving in bond between steamship company piers or wharves or when such shipments are delivered to a U. S. Customs Bonded Warehouse.

(5) Shipments tendered in a vehicle sealed by or at the instructions of the shipper, or as required by competent authority, will be rated as follows:

30,000 pounds at the Class 100 scale 30M rate per 28 foot trailer, Tariff CNWY 599, current version.

On shipments cleared en route by U. S. Customs, and movement beyond such clearance does not require a seal, normal rates and charges shall apply to the beyond point.

(6) Shipments moving from the United States under a TIR Carnet issued by the originating carrier are subject to a charge of **$122.00** which will be in addition to all other lawfully applicable rates and charges (including the in bond charges herein applicable).

(7) When necessary for carriers to purchase and apply "High Security Red In-Bond Seals" for shipments moving under United States Customs Bond, a charge of **$47.00** per seal will be assessed. Carrier will not be responsible for equipment or tools necessary for removal of High Security Red In-Bond Seals.

(8) When carrier is required to pick up shipping documents or Customs Release Forms for forwarder or broker for validation prior to pickup of a shipment, a charge of **$38.00** per shipment will apply, subject to a maximum charge of **$210.00** when import documents for multiple shipments are picked up on a single day for a single account, for each pickup of such shipping documents or Customs Release Forms.

Note 1: On shipments of alcoholic beverages, the charges in Paragraph 1 will not apply when shipments are consigned to a U. S. Customs Bonded Warehouse and carrier is not requested to clear shipment through U. S. Customs. The following certification must be shown on the bill of lading:

> "This is to certify that carrier is not required to clear shipment through U. S. Customs while in his possession."
>
> ______________________________
>
> (Signature of authorized shipper personnel)

## Sufferance Warehouse Charges—Canada — Item 210

This item covers shipments moving from points in the United States into Canada for Canadian Customs Clearance at a point in Canada beyond the border.

Shipments to Canada will be assessed a charge payable in U.S. funds of **$1.00** per 100 pounds, subject to a minimum charge of **$15.50** per shipment for Eastern Provinces of ON, PQ and NB. All remaining Canadian Provinces will be assessed a charge payable in U.S. funds of **$1.00** per 100 pounds subject to a minimum charge of **$31.00** per shipment.

The above provisions will not be applicable on traffic where participating Carrier operates as the linehaul carrier and tenders freight to be cleared at the following In Bond warehouse(s):

| | |
|---|---|
| Con-Way Canada Express | Con-Way Canada Express |
| 5425 Dixie Rd. | 99 Howden Rd |
| Mississauga, ON CN | Scarborough, ON CN |

## Detention—with Power — Item 211

Carrier's linehaul charges for each shipment include a reasonable amount of time to accomplish the pickup and/or delivery of the shipment(s) at the premises of the shipper or consignee during normal business hours. When the time required to complete pickup and/or delivery takes longer than the standard free time, extra charges will apply
**SECTION 1—Charges:**

(1) When the loading or unloading is delayed, the charge per vehicle for each 15 minutes, or fraction thereof, beyond free time will be **$24.00** for LTL shipments subject to a minimum charge of **$30.00**.

(2) The amounts due the carrier under the provisions of this rule shall be assessed against the shipper in the case of loading, and against the consignee in the case of unloading, irrespective of whether line haul charges are prepaid or collect

(3)

### SECTION 2—Free Time:

(1) Free time per vehicle stop shall be as follows:

| Actual Weight (in pounds) | Free Time (in minutes) |
|---|---|
| Less than 1,000 | 15 |
| 1,000 thru 4,999 | 30 |
| 5,000 thru 9,999 | 40 |
| 10,000 or more | 60 |

### SECTION 3—General Provisions:

(1) When vehicle is both unloaded and reloaded, each transaction will be treated independently of the other, except that when loading is begun before unloading is completed, free time for loading shall not begin until free time for unloading has expired.

(2) Computation of time shall begin upon notification by the driver to the responsible representative of the shipper or consignee of the vehicle for loading or unloading. Time shall end upon completion of loading and receipt by the driver of a signed Bill of Lading or receipt for delivery.

(3) When loading or unloading is interrupted for a normal meal period, meal time not to exceed one hour will be excluded from computation of time.

(4) When carrier is permitted to work before or after the normal business day, such working time shall also be included.

(5) When shipper tenders or consignee receives more than one LTL or AQ shipment at one time, the combined weight will be used to determine free time.

(6) The provisions and charges for detention of vehicle with power units will also apply to equipment owned by steamship lines, railroads or third party leasing companies.

## Detention—without Power — Item 212

This item applies when carrier's vehicles without power units are delayed or detained on the premises of shipper, consignee, or on other premises designated by them, or as close thereto as conditions will permit. For the purpose of this item the terms "spotting" and "dropping" are considered to be synonymous and are used interchangeably.

### SECTION 1—Charges:

(1) **General detention charges:** After the expiration of free time as provided in this item, charges for detaining a trailer will be assessed as follows:

| | CHARGE |
|---|---|
| For each day or fraction thereof following the initial free period | **$70.00** |

(2) **Delay in trailer pickup charge:** No additional charge will be made for picking up trailers spotted under this item when such pickup can be performed within 30 minutes after arrival of driver and power unit at premises of shipper, consignee, or other designated party. When a delay of more than 30 minutes is encountered, detention charges for vehicles with power will commence from the time of arrival as specified in CNWY 199 Item 211.

### SECTION 2—Computation of Free Time:

(1) A spotted trailer will be allowed one calendar day of free time for loading or unloading. For trailers spotted for unloading, such time shall commence at the end of the day when the trailer is placed by Con-Way at the site designated by consignee, or other party designated by consignee. For trailers spotted for loading, such time shall commence when the trailer is spotted at the site specifically designated by the shipper or a party designated by shipper.

(2) Shipper, consignee, or other designated party shall notify carrier when loading or unloading has been completed and the trailer is available for pickup. The trailer will be deemed to be spotted and detention charges will accrue until such time as the carrier receives notification.

**SECTION 3—General Provisions:**

(1) Subject to the availability of equipment, carrier may spot empty or loaded trailers for loading or unloading on the premises of shipper, consignee, or on other premises designated by them, or as close thereto as conditions will permit.

(2) Loading or unloading will be performed by shipper, consignee, or other party designated by them. When carrier's employee assists in loading, unloading, or checking the freight, the detention provisions governing vehicles with power units will apply. In the case of spotting for loading the Bill of Lading must show "Shipper Load and Count."

(3) Carrier responsibility for safeguarding shipments loaded into spotted trailers shall begin when possession thereof is taken by the carrier.

(4) Carrier responsibility for safeguarding shipments unloaded from spotted trailers shall cease when the trailer is spotted at or on the site designated by consignee.

(5) The detention charges due the carrier will be assessed against the shipper in the case of spotting for loading and against the consignee in the case of spotting for unloading irrespective of whether charges are prepaid or collect.

(6) Nothing in this item shall require a carrier to pick up or deliver spotted trailers at hours other than carrier's normal business hours.

(7) The provisions and charges for the detention of vehicles with or without power units will also apply to equipment owned by steamship lines, railroads or third party leasing companies.

## Diversion To Another Carrier — Item 213

When carrier receives instructions to divert a shipment at any point from carrier to another carrier, the following provisions apply:

(1) The shipment will be charged for on the basis of movement from the origin to the point of transfer.

(2) A charge of **$40.00** per hour, per person, subject to a minimum charge of **$73.50** will be made for all time required in unloading and reloading the vehicle to accomplish such diversion.

(3) A charge of **$9.00** per 100 pounds, subject to a minimum charge of **$73.50** will be made for delivery service.

## Extra Labor — Item 214

When requested by the shipper or consignee, extra labor will be furnished by the carrier for loading or unloading. At each location where extra labor is used, the charge therefore will be as follows:

| | Per Person Per Hour or Fraction Thereof | Minimum Charge Per Person |
|---|---|---|
| Monday - Friday—During Business Hours | $40.00 | $121.00 |

**Time shall be computed from the time the extra labor arrives at the place of pickup or delivery until loading or unloading is completed.**

## Forklift Service (Subject to Notes 1 and 2) Item 215

On shipments that require a forklift service and the shipper or the consignee does not furnish this service, the carrier will endeavor to arrange for such forklift service and will charge the shipper or consignee, as the case may be, requiring such service **$62.00** per half hour or fraction thereof for each forklift used.

When forklift service is used on import or export traffic at wharves or docks, the provisions of this item shall apply regardless of the weight or size of the articles.

Note 1: On export shipments, charges which accrue under this item will be collected by the delivering carrier from the shipper.

Note 2: Charges shall be computed from the start of the actual use of forklift equipment in loading or unloading the shipment, as the case may be, and to run until the actual use of fork-lift equipment is terminated.

## Inside Delivery Item 216

When requested by shipper or consignee, and carrier's operating conditions permit, the carrier may move shipments or portions of shipments from or to positions beyond the immediately adjacent loading or unloading positions defined in CNWY 199 Item 16 (Pickup or Delivery Service).

Services provided under this item will be assessed a charge of **$5.50** per 100 pounds, subject to a minimum charge of **$33.00**.

## Consolidations—Distributions Item 217

On shipments delivered to a carrier's service center (Freight Terminal) by another carrier for purposes of consolidation or distribution, a handling charge of **$1.30** per 100 pounds, subject to a minimum charge of **$25.00** per shipment, will be assessed.

Charges named herein must be prepaid.

## Liftgate Service Item 218

Where carrier is required or requested to employ hydraulic lifting or lowering devices to accomplish pickup or delivery of the goods to or from carrier's vehicle, an additional charge of **$4.00** per 100 pounds, subject to a minimum charge of **$96.00**, will be assessed upon the actual weight of the shipment or shipments for which such service is rendered, at one time.

The charges for this service shall be paid by the party for whom the service is performed, or guaranteed by the shipper. Carrier is not obligated to perform such service when suitable vehicles equipped with such devices and operators are not available. Service will only be rendered at such locations as are safe and accessible to the vehicle.

## Pier or Wharf Item 219

Except as otherwise provided, rates and charges in tariffs governed by this tariff applying to U. S. Ports, on export, import, coastwise or intercoastal traffic do not include loading or unloading of motor carrier's vehicle. Any shipment picked up from or delivered to a location at ports as noted will be subject to the following rates and charges which include loading or unloading charges for the longshoremen, stevedores or public loaders and shall be in addition to all other charges applicable to the shipment.

| Piers or Wharves At: | Rate or Charge Per 100 Pounds | Minimum Charge |
|---|---|---|

| | | |
|---|---|---|
| Full Service | **$5.50** | **$100.00** |

## Re-Labeling — Item 220

The provisions of NMF 100 Item 580 will apply: however, carrier will at the request of the shipper or consignee, change or alter according to instructions, the markings or tags on any packages or pieces of freight subject to a charge of **$2.60** per package or piece of freight on which the marking or tag is changed or altered, subject to a minimum charge of **$43.00** per shipment.

## Notification Prior to Delivery of Shipments — Item 221

When a Bill of Lading or any shipping order including Government Bills of Lading, is tendered bearing any notation requesting carrier to notify consignee prior to delivery, or in the event the delivery requires special handling instruction, by any means whatsoever, the charge for this service shall be **$25.00.** When Notification Prior to Delivery is requested on the original Bill of Lading the charge for notification will be charged to the party responsible for all other charges (shipper if a prepaid shipment and consignee if a collect shipment).

## Sorting or Segregating — Item 222

**RESTRICTIONS ON LOADING OR UNLOADING BY CARRIER:** Loading or unloading service does not include assembling, packing, unpacking, dismantling, inspecting, sorting or segregating freight. A charge of **$1.00** per 100 pounds will be assessed for sorting or segregating by marks, brands, sizes, flavors or other distinguishing characteristics, subject to a minimum charge of **$43.00** per shipment.

## Relocation of Vehicle — Item 223

Upon request of the shipper or consignee, pickup or delivery service as defined in this item may be performed at more than one loading or unloading site within the continuous plant property or premises of the shipper or consignee requesting this service, provided the loading or unloading sites are not intersected by more than one public thoroughfare. A vehicle transfer charge of **$43.00** will be assessed for each transfer of the vehicle from one loading or unloading site to another.

## Residential Delivery — Item 224

(1) Before attempting delivery to private residences, the carrier must reach agreement with the consignee or shipper regarding the date and time (approximate) of such delivery. This arrangement for delivery may be accomplished through a notation by the shipper on the Bill of Lading, or by oral or written arrangement between the carrier and the consignee. In any case, some mutually agreed-upon arrangement for delivery must be made before tender of delivery is initially attempted.

(2) Shipments picked up at or delivered to private residences (see Notes 1 and 2) or camps (other than Military) will be assessed a charge of **$6.00** per 100 pounds, subject to a minimum charge of **$60.00** per shipment and a maximum charge of **$315.00** per shipment or maximum **$315.00** per vehicle if more than one vehicle is used to transport the shipment.

(3) The charges provided in this item apply separately for pickup and separately for delivery and are in addition to all other lawful charges.

Note 1: **The term "private residences" also includes apartments, churches, schools (K–12 grade), pre-schools, day cares, camps, farms, public storage facilities and other such locations not generally recognized as commercial locations and shall apply to the entire premises.**

Note 2: **If more than one shipment is picked up or delivered at one time and place at a private residence or camp (other than military), the minimum and maximum charges published in this item shall apply per pickup rather than per shipment as indicated above.**

## Saturdays, Sundays, Holidays or After Business Hours Pickup or Delivery — Item 225

(1) When shipper or consignee requests carrier to pick up or deliver freight on Saturdays, Sundays, Holidays, or after business hours, or requests carrier to pick up or deliver equipment, either empty or containing freight, on Saturdays, Sundays, Holidays, or after business hours, such service will be subject to a charge of **$60.00** per labor hour or any fraction thereof, minimum charge based upon four hours service. Such charges shall be in addition to all other applicable charges.

(2) Charges must be either paid by the party requesting the service or guaranteed to the satisfaction of the carrier before pickup or delivery will be made.

## Exhibition Sites Pickup or Delivery — Item 226

Shipments originating at or destined to exhibition sites will be subject to an additional charge as indicated below. Charges named herein apply in addition to all other applicable rates and charges from and to points specified in this item.

The charge for this service will be **$6.40 per 100 lbs**, subject to a Minimum Charge of **$64.00** per shipment.

## Excessive Value/ Liability Charge — Item 227

Articles of extraordinary value, will be accepted for shipment subject to the conditions stated herein and provided that the shipper requests excess liability coverage on the Bill of Lading as provided in CNWY 199 Item 7 and described below. Shipper declared values in excess of the maximums provided in Item 7 will be accepted as a request for excess coverage and additional charges applied as indicated in Item 7.

**Notice:** Unless the Shipper completes the requirements as provided below, Carrier's liability shall be limited as stated herein and in Tariff CNWY-199, which may be obtained by request. Carrier shall in no event be liable for loss of profit, income, interest, attorney fees, or any special, incidental or consequential damages. Where the rate or NMFC classification is dependent on value, shippers are required to state specifically in writing the declared value of the property. For this purpose the declared value of the property is hereby specifically stated by the Shipper to be not exceeding $ ____________. Also, paragraph number 2 on the reverse side of this Bill of Lading sets forth released value terms and conditions.

**Carrier Liability with Shipment originating within the United States**: Unless the Shipper declares excess value on the Bill of Lading below, requests excess liability coverage and pays an additional charge, Carrier's maximum liability is $25.00 per pound per individual lost or damaged piece within the shipment, subject to $150,000.00 maximum total liability per shipment, and provided further that Carrier's liability on household goods, articles other than new articles, such as used and/or refurbished articles, or personal effects shall not exceed ten cents per pound per individual lost or damaged piece within the shipment. For this purpose the declared value of the property is hereby specifically stated by the Shipper to be $ ____________, and Shipper agrees to pay an additional charge for excess liability coverage.Total declared value may not exceed $650,000.00 per shipment.

**Carrier Liability with Shipment originating within Canada:** Unless the Shipper agrees to a Special Agreement, declares the value in the box below and agrees to pay the excess liability charge by initialing where indicated, Carrier's maximum liability is CAN$2.00 per pound (CAN$4.41per kilogram) per individual lost or damaged piece within the shipment, subject to a maximum total liability per shipment of CAN$20,000.00, and provided further that Carrier's liability on household goods, used and/or refurbished articles, or personal effects shall not exceed ten cents (CAN) per pound per individual lost or damaged piece within the shipment.

**SPECIAL AGREEMENT: Declared Value: CAN $ ____________ per pound. (Declared value may not exceed CAN $100,000.00 per shipment) Shipper Agrees to Pay Excess Liability Charge: __________ (Shipper's Initials)**

Carrier will assess an additional charge of **3 percent** of the declared value in excess of the initial maximum liability, subject to a minimum excess value coverage charge of **$45.00** Such charge is in addition to the carrier's freight charges. Charges are to be paid by the party responsible for payment.

See CNWY 199 Item 20 for rules and charges governing articles for which the charges are determined by class exception ratings or freight of all kinds (FAK).

# Reconsignment or Diversion **Item 228**

A request for the reconsignment or diversion of a shipment will be subject to the following definitions, conditions and charges:

(1) **DEFINITIONS OF RECONSIGNMENT OR DIVERSION:**

For the purpose of this rule, the terms "reconsignment" and "diversion" are considered to be synonymous and the use of either will be considered to mean:

- (a) A change in the name of the shipper or consignee.
- (b) A change in the place of delivery.
- (c) Relinquishment of shipment at point of origin.
- (d) Instructions received by the originating carrier prior to receipt of shipment.
- (e) Refused shipments being returned to the original shipper.

(2) **CONDITIONS:**

- (a) Requests for reconsignment must be made in writing from the shipper. The carrier must be satisfied that the party making the request has the authority to do so. Conditional or qualified requests will not be accepted. Carrier will not accept disposition instructions printed on the Bill of Lading, shipping label, shipping order or container as authority to reship, return or reconsign a shipment.
- (b) Carrier will make diligent effort to execute a request for reconsignment, but will not be responsible if such service is not effected.
- (c) All charges applicable to the shipment whether accrued or accruing must be paid or guaranteed to the satisfaction of the carrier before reconsignment will be made.
- (d) Only entire shipments, not portions of shipments, may be reconsigned.
- (e) An order for reconsignment of a shipment will not be considered valid, unless and until the original Bill of Lading is surrendered for cancellation, endorsed or exchanged.
- (f) Marking or tagging of the shipment to incorporate new address will be performed by carrier, subject to instructions provided by party requesting the changes.
- (g) Reconsignment will NOT be permitted on "In Bond" shipments.

(3) **CHARGES:**

Reconsignment as defined in Paragraph (1) will be subject to the following:

| Reconsignment | Charge |
|---|---|
| Change in documentation | **$43.00** Plus:<br>**Transportation to deliver to new destination, using Tariff CNWY 599 rates from original destination Con-Way Service Center to the new place of delivery, including any minimum charge, if applicable.** |

# Redelivery Item 229

When a shipment is tendered for delivery and through no fault of the carrier, such delivery cannot be accomplished, no further tender will be made except upon request. Additional tenders and final delivery will be subject to the following provisions:

> If one or more additional tenders, or final delivery of the shipments are made at consignee's place, a charge of **$5.25** per 100 pounds, subject to a minimum charge of **$43.00** and a maximum charge of **$559.00** per shipment or **$559.00** per vehicle if more than one vehicle is used to transport the shipment will be made for each such tender and for the final delivery.

# Single Shipments (exception to NMF 100, Item 595) Item 230

As an exception to Item 595 of NMF 100 Series, a single shipment with an actual weight of less than 500 pounds picked up at one time and place, unaccompanied by any other shipment of any description from the same pickup site, will be subject to a charge of **$20.50** per shipment in addition to all other lawfully applicable charges.

# Storage Item 231

Freight held in carrier's possession by reason of an act or an omission of the shipper, consignee or owner, or for custom clearance or inspection (see Item 211), and through no fault of the carrier, will be considered stored immediately, and will be subject to the following provisions:

(1) Storage charges on freight awaiting line-haul transportation will begin at 7:00 A.M., the day after freight is received by the carrier.

(2) Storage charges on undelivered freight will begin at 7:00 A.M. the first business day, and will accrue every day thereafter including Holidays and weekends, after notice of arrival as provided in Item 5 has been given except no charges under this item will be made when actual tender delivery is made within 24 hours after such notice of arrival has been given.

(3) Storage charges on freight stored in carrier's possession, will be subject to the following charges:

**CHARGES:**

For each 100 pounds or fraction thereof per 24 hours or fraction thereof............................................**$2.30**

Minimum storage charge per shipment per day.............................................................................**$60.00**

# Hazardous and Radioactive Materials Item 232

Carrier may accept shipments of hazardous materials or radioactive materials for transportation in accordance with the transportation requirements of the U. S. Department of Transportation and the U. S. Nuclear Regulatory Commission, subject to the following provisions:

(1) If required by Federal, State or Local regulations, carrier will prepare designated route plans which will set forth the routes to be utilized in transporting shipment of hazardous materials, from the initial origins to the final destinations. The designated route will be the shortest practical route over the highways approved by the appropriate State or Local agency for the transportation of hazardous materials, and any Interstate highway not disapproved by a State or Local agency with enforcement authority. If the total distance from the initial origin to the final destination via the designated route of movement exceeds 115 percent of the shortest mileage from initial origin to final destination, the distance in excess of 115 percent will be charged for at the rate of $4.25 per mile. All mileages shall be computed by use of Household Goods Carrier's Bureau, Agent, Mileage Guide No. 12 (HGB 100 Series).

(2) When special permits authorizing the transportation of specific shipments of hazardous materials are required by Federal, State or Local regulations, the purchase costs of such permits will be paid by the carrier and collected as follows:

The purchase costs of such permits, plus a service charge of **$28.50** per permit, per state in which a permit is procured, shall be collected from the shipper or party requesting movement of the shipment.

(3) Any notation on the Bill of Lading which in any way limits or denies carrier access to the vehicle in which the shipment is loaded, shall be deemed by the carrier to require Exclusive Use of Vehicle services in accordance with the provisions of CNWY 199 Item 11 herein.

(4) Hazardous Material (HM) shipments must be tendered on Con-Way's Bill of Lading, "Uniform Straight," "Straight Bill of Lading Short Form" or "Straight" Bill of Lading forms as shown in NMF 100.

Fines and/or penalties which are imposed on the carrier as a result of the Shipper's failure to meet D.O.T. requirements will be charged back to the Shipper who will reimburse carrier for all losses incurred.

(5) Hazardous Materials in the categories listed below are embargoed from movement on carrier:

(a) Class A Explosives (Division 1.1, 1.2)

(b) Class B Explosives (Division 1.3)

(c) HRCQ Radioactive Materials (Class 7) (Radioactive materials moving in quantities designated as "Highway Route Controlled Quantities" (HRCQ))

(d) Hazardous Waste

(e) Etiologic Agents/Infectious Substances (Division 6.2)

(6) As used herein, Hazardous Materials means articles described in Title 49, CFR. When service is provided by carrier to transport materials defined under Title 49, CFR, an additional charge of **$13.50** will be assessed to each shipment. When a shipment is accorded split delivery or stopping in transit for partial loading or unloading these charges will apply to each stop separately, wherever the service is performed.

## Trailer Requested But Not Used — Item 233

When carrier upon receipt of a request to pick up a shipment weighing 10,000 pounds or more or to furnish a vehicle for the exclusive use of a shipper, has dispatched a vehicle for such purpose and due to no disability, fault or negligence on the part of the carrier, vehicle is not used, a charge of **$3.75** per mile round trip, between carrier's facility and requesting party's facility, with a minimum charge of **$125.00** per vehicle, will be assessed against the shipper making such request.

## Lineal Foot Application — Item 234

(a) When a LTL shipment, or a portion thereof, requires 14 feet or more of loading space, charges shall be computed by applying the Mileage Rates named herein, for the applicable amount of each lineal foot of loading space utilized subject to a minimum 30 percent discount.

| Lineal Feet of Loading Space<br>Subject to Note 1 | Mileage Rate to be Assessed<br>Subject to Note 2 |
|---|---|
| 14 feet but not over 21 feet | $3.10 per mile |
| Over 21 feet but not over 28 feet | $4.00 per mile |
| Over 28 feet but not over 35 feet | $4.60 per mile |
| Over 35 feet but not over 42 feet | $5.25 per mile |
| Over 42 feet but not over 49 feet | $5.75 per mile |
| Over 49 feet but not over 56 feet | $6.50 per mile |

| | |
|---|---|
| Over 56 feet but not over 64 feet | $7.00 per mile |
| Over 64 feet but not over 71 feet | $7.65 per mile |
| Over 71 feet but not over 78 feet | $8.25 per mile |
| Over 78 feet | $9.20 per mile |

Note 1: Applies on any single or combination of trailer equipment.

Note 2: Mileage will be obtained from HGB 100 series tariff.

(b) Amount of usage may be expressed as a percentage of trailer usage, in which case the applicable percentage will be multiplied by 28 feet to determine the applicable charges, rounded to the nearest foot. Example, 80% of a trailer (0.80 X 28 = 22.4 ft, round to 22 feet). The applicable charge will be for OVER 21 FEET BUT NOT OVER 28 FEET or $4.00 per mile.

(c) The shipper or consignee, or party obligated by the shipping document for payment of freight charges shall indicate on the shipping document the lineal feet of loading space in each unit of carrier's equipment required or requested. In the event no indication of lineal feet is shown, the carrier's personnel will do so on the shipping order, the Bill of Lading or shipping document and such notation will be considered as that of shipper, consignee or party aforementioned.

(d) Each shipment rated from this item will be subject to an Absolute Minimum Charge at (1) the rate provided for 100 Miles or (2) $375.00 or (3) otherwise applicable pricing provisions, whichever of the three is higher. The Absolute Minimum Charge is not subject to further discount.

(e) In the event one shipment is loaded on more than one trailer for carrier's convenience, the total lineal feet used will be combined and used as if loaded into one trailer and the charges will be computed based on that total.

(f) "Lineal Feet" when used herein will mean one foot of space in a trailer from side to side and from roof to floor when no additional increment of any of the articles comprising the entire shipment can be loaded either on top of or side by side with said shipment.

(g) Provisions of this item will not apply when the weight of one loaded trailer exceeds 15,000 pounds or if the proportional weight of the shipment equates to 15,000 pounds if the trailer were fully loaded (when in the case of a single 28 foot doubles trailer). Example, if a shipment consisting of 14 feet weighs 9,000 pounds, the proportional weight of the trailer would be 18,000 pounds, thus this item would not apply.

(h) When, during one calendar day, two or more shipments are received from one shipper, at one origin address, destined to one consignee at the same destination delivery address, that when combined, will meet the loading requirements in section '(a)' of this item, the shipment will be deemed to be one shipment and the multiple bills of lading will be combined into a single bill of lading and will be subject to this item.

## High Cost Delivery Surcharge — Item 235

Shipments delivered to any zip code referenced below will, in addition to all other applicable charges, be assessed a charge of **$12.50** per shipment, or **$2.35** per hundredweight, whichever produces the greater amount, subject to a maximum charge of **$52.50.**

- **Points On The San Francisco Peninsula . . . The following 5-digit ZIP Codes:**

| | | | | |
|---|---|---|---|---|
| **San Francisco** | 94102-94105 | 94107-94112 | **Portola Valley** | 94028 |
| | 94114-94118 | 94121-94124 | **Millbrae** | 94030 |
| | 94127-94134 | 94143 | **Pacifica** | 94044 |
| **Belmont** | 94002 | | **Redwood City** | 94061-94063, 94065 |
| **Brisbane** | 94005 | | **San Bruno** | 94066 |
| **Burlingame** | 94010 | | **San Carlos** | 94070 |
| **Daly City** | 94014-94015 | | **South San Francisco** | 94080 |
| **Menlo Park** | 94025 | | **San Mateo** | 94401-94404 |
| **Atherton** | 94027 | | **Palomar Mtn** | 92060 |

- **Greater Metro Washington, DC . . . All Postal ZIP Codes with 3-digit prefix of 200, 202, 203, 204 and 205**

**And the following 5-digit ZIP Codes:**

| | | | |
|---|---|---|---|
| **Manassas** | 20108 – 20113 | **Vienna** | 22027 |
| **Manassas Park** | 20111 – 20113 | **Fairfax** | 22030 – 22033, 22035, 22038 |
| **Centerville** | 20120 – 20121 | **Falls Church** | 22040 - 22046 |
| **Clifton** | 20124 | **Great Falls** | 22066 |
| **Sterling** | 20164, 20165, 20167 | **Merrifield** | 22081 |
| **Herndon** | 20170 – 20172 | | |
| **Reston** | 20190 – 20194 | **McLean** | 22101 –22102 |
| | | **Tysons Corner** | 22103 |
| **Arlington** | 22201 –22210 | **Oakton** | 22124 |
| **Arlington** | 22213 –22219 | **Vienna** | 22180 – 22182 |
| **Alexandria** | 22301 –22332 | | |

- **New Orleans . . . All Postal ZIP Codes with 3-digit prefix of 700, 701 and the following 5-digit ZIP Codes:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 70301 | 70354 | 70363 | 70395 | 70420 | 70448 | 70464 |
| 70302 | 70355 | 70364 | 70397 | 70433 | 70452 | 70469 |
| 70310 | 70356 | 70371 | | 70434 | 70457 | 70470 |
| 70343 | 70357 | 70373 | | 70435 | 70458 | 70471 |
| 70344 | 70358 | 70374 | | 70437 | 70459 | |
| 70345 | 70359 | 70375 | | 70445 | 70460 | |
| 70352 | 70360 | 70377 | | 70447 | 70461 | |
| 70353 | 70361 | 70394 | | | | |

- **South Carolina and North Carolina Island Communities . . . The following 5-digit ZIP Codes:**

| | |
|---|---|
| **Bluffton** | 29910 |
| **Hilton Head** | 29925, 29926, 29928, 29938 |
| **Klawah Island** | 29455 |
| **Seabrook** | 29487 |
| **Ocracoke** | 27960 |

- **Chicago Loop Area . . . The following 5-digit ZIP Codes:**

| | |
|---|---|
| 60601-60607 | 60654 |
| 60610-60611 | 60661 |
| 60664 | 60670 |
| 60680 | 60681 |

- **Greater Metro Boston Area...The following 5-digit ZIP Codes:**

| | | | |
|---|---|---|---|
| **SOMERVILLE** | 02143-02145 | **DOWNTOWN BOSTON** | 02101-02114 |
| **CAMBRIDGE** | 02138-02142 | **BACK BAY ANNEX** | 02115-02117 |
| **CHARLESTOWN** | 02129 | **ROXBURY** | 02118-02119 |
| **EAST BOSTON** | 02128 | **BOSTON** | 02120 |
| **WINTHROP** | 02152 | **DORCHESTER** | 02121-02125 |
| **MATTAPAN** | 02126 | **ALLSTON** | 02134 |
| **SOUTH BOSTON** | 02127 | **BRIGHTON** | 02135 |
| **JAMAICA PLAIN** | 02130 | **HYDE PARK** | 02136 |
| **ROSLINDALE** | 02131 | **READVILLE** | 02137 |
| **WEST ROXBURY** | 02132 | **BROOKLINE** | 02445-02447 |
| **STATE HOUSE BOSTON** | 02133 | | |

**THE FOLLOWING 5-digit ZIP CODES ARE ALL COLLEGES, UNIVERSITIES AND HOSPITALS**
02201 – 02227

- **New Jersey / New York Shore...The following 5-digit ZIP Codes:**

| | | | |
|---|---|---|---|
| **Atlantic Higlands** | 07716 | **Highlands/Sandy Hook** | 07732 |
| **Monmouth Beach** | 07750 | **Sea Bright/Rumsun** | 07760 |
| **Barnegate Light** | 08006 | **Long Beach Island** | 08008 |
| **Manahwkin** | 08050 | | |

| | | | |
|---|---|---|---|
| AVALON | 08202 | CAPE MAY BEACH | 08251 |
| BRIGANTINE | 08203 | WILDWOOD | 08260 |
| CAPE MAY | 08204 | WILDWOOD CREST | 08260 |
| CAPE MAY POINT | 08212 | NORTH WILDWOOD | 08260 |
| OCEAN CITY | 08226 | ANGLESEA | 08260 |
| SEA ISLE CITY | 08243 | ATLANTIC CITY | 8400, 08401, 08404, 08405 |
| TOWNSENDS INLET | 08243 | MARGATE | 08402 |
| STONE HARBOR | 08247 | LONGPORT | 08403 |
| STRATHMERE | 08248 | VETNOR | 08406 |
| Island Heights | 08732 | Lanoka/Laurel Harbour | 08734 |
| Lavallette | 08735 | Mantoloking | 08738 |
| Normandy Beach | 08739 | Ocean Gate | 08740 |
| Point Pleasant | 08742 | Seaside | 08751 |
| Island Beach | 08752 | | |
| Great Neck Estates | 11021 | Great Neck | 11023 |
| Kings Point | 10024 | Island Park | 11558 |
| Long Beach | 11561 | | |

- **Washington Island, WI for ZIP Code 54246**
- **All of British Columbia:**

  Any Postal Code beginning with the letter "V"

- **Greater Seattle/Tacoma, WA Area... All Postal ZIP Codes with 3-digit prefix of 980, 981, 983 and 984 and the following 5-digit ZIP Codes including all or a portion of the cities named:** (subject to notes 2 and 3)

| | | | |
|---|---|---|---|
| EVERETT | 98201, 98203 - 98208, 98213 | BELFAIR | 98528 |
| BARING | 98224 | EAST OLYMPIA | 98540 |
| GOLD BAR | 98251 | GRAPEVIEW | 98546 |
| INDEX | 98256 | HOODSPORT | 98548 |
| MONRROE | 98272 | LILLIWAUP | 98555 |
| MUKILTEO | 98275 | LITTLEROCK | 98556 |
| SKYKOMISH | 98288 | MCKENNA | 98558 |
| SNOHONISH | 98290, 98291 | RAINIER | 98576 |
| STARTUP | 98293, 98294 | ROY | 98580 |
| SULTAN | 98294 | SHELTON, SKOK & SKOKOMISH Nation | 98584 |
| SNOHOMISH | 98296 | TAHUYA | 98588 |
| OLYMPIA | 98501-09, 98511-98513, 98516, 98599 | TENINO | 98589 |
| TUMWATER | 98501, 98511, 98512 | UNION | 98592 |
| LACEY | 98503, 98506, 98509, 98513, 98516 | YELM | 98597 |
| ALLYN | 98524 | | |

Note 2: Only applies to shipments that are rated on tariffs using rates other than CNWY-599 effective on date of shipment.

Note 3: Does not appy to shipments originating from the states of OR or WA

- **Greater NYC and adjacent NJ area...All ZIP Codes with the following 3-digit prefix:**

  100 – 108, 110 – 119, 070 – 073 and 076 (subject to note 1)

- **Downtown Philadelphia the following 5-digit Zip Codes:**
  19101, 19102, 19103, 19104, 19105, 19106 and 19107
  (subject to note 1)

  Note 1: Only applies to shipments that are rated on tariffs using rates other than CNWY-599 base rates

## Homeland Security Fee — Item 236

The Con-Way Homeland Security Fee will apply on all shipments moving across the Canada / U.S. border (both northbound and southbound).

The fee will be **$8.00** (U.S. Dollars) per shipment.

## Shelter Island, NY Fee — Item 237

In addition to all other applicable rates and charges, Con-Way will assess a fee of **$75.00** per shipment on all shipments with a destination of Shelter Island, NY 11964.

## Excessive Length Shipments — Item 238

Shipments consisting of article(s) 14 feet or greater in length will be subject to a charge of **$24.00** per shipment. This is in addition to all other applicable rates and charges. This item will not apply on shipments subject to Exclusive use, Lineal Foot, TruckLoad, or Spot Quote charges.

## Abbreviations—Explanations — Item 999

| Abbreviations | Explanations |
|---|---|
| AQ | Any Quantity |
| Assoc. | Association |
| CFR | Code of Federal Regulations |
| COD | Collect on Delivery |
| COL | Collect freight charges on a shipment |
| Col. | Column |
| CNWY | Con-Way Transportation Services, Inc. |
| CWCE | Con-Way Central Express |
| CWSE | Con-Way Southern Express |
| CWWE | Con-Way Western Express |
| CWQE | Con-Way Canada Express |
| Cont. | Continued |
| Corp. | Corporation |
| Cwt. | Hundredweight |

| | |
|---|---|
| Cy. | County |
| HGB | Household Goods Carriers Bureau |
| Inc. | Incorporated |
| KD | Knocked Down |
| KDF | Knocked Down Flat |
| Lbs. | Pounds |
| LTL | Less than Truckload |
| M | Thousand Pounds |
| MC | Minimum Charge |
| Min. | Minimum |
| Min. Wt. | Minimum Weight |
| NMF | National Motor Freight Traffic Association, Inc. |
| NMFC | National Motor Freight Classification |
| (nc) | An identical commodity description does not appear in NMFC 100 |
| No. | Number |
| NOI | Not otherwise more specifically described in NMFC |
| NOS | Not otherwise specified herein |
| PPD | Prepaid freight charges on a shipment |
| SU | Set-up |
| TL | Truckload |
| U.S.D.O.T. | United States Department of Transportation |
| USPS | United States Postal Service |
| Viz. or Colon (:) | As follows (Namely) |
| Vol. | Volume |
| Wt. | Weight |
| **Reference Mark** | **Explanation** |
| % | Per Cent |
| c/o | Care Of |
| * | Reference Footnote |