AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CON-WAY TRANSPORTATION SERV
V.
TRUESTONE AMERICA, LTD.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 351S

TO: (Name and address of Defendant)

RA-Steven J. Gervasio
280 Broadway
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARC D. WALLICK, ESQ
WALLICK & ASSOCIATES
51 JEFFERSON BLVD
WARWICK, RI 02888

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

9.14.07
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 11-13-07 |
|---|---|
| NAME OF SERVER *(PRINT)* Anthony Marcello Sr | TITLE 3 Party |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 280 Broadway Providence RI 02903

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): ________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 35.00 | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-13-07
Date

[signature]
Signature of Server

34 Roffee St Barrington RI 02806
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.