**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CON-WAY TRANSPORTATION SERVICES, INC.**
**N/K/A CON-WAY FREIGHT, INC.**

**VS.** **C.A. NO.: 07-351 S**

**TRUESTONE AMERICA, LTD.**
**A/K/A CUMBERLAND TRUESTONE**

**REQUEST FOR ENTRY OF DEFAULT**

I, Marc D. Wallick, Esq., of the City of Warwick, County of Kent, State of Rhode Island, upon oath depose and say as follows:

1. That the Defendant has failed to plead or otherwise defend as provided by the rules of this Court.
2. That the Defendant was not at the time of the commencement of this action nor is the Defendant now in the Military Service of the United States as defined in the "Servicemembers Civil Relief Act"; nor is the Defendant an infant or an incompetent.
3. That the Defendant presently is located at 280 Broadway, in the City of Providence, Rhode Island.
4. That this cause was commenced to recover the sum of $16,158.54 plus interest.
5. That the Defendant has no setoffs or counterclaims against this account and, in my opinion, there is no defense to this claim or cause of action.

/s/ Marc D. Wallick______________________

Sworn to before me this 12th day of December, 2007.

/s/ Catherine D. Brown__________________

Wherefor the Plaintiff, by Marc D. Wallick Attorney, moves that judgment be entered by default in the above-entitle cause pursuant to RCP55.

/s/ Marc D. Wallick______________________
Attorney for Plaintiff

Default entered: ________________________________________
Clerk

dflt-fed-entry-truestone