**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CON-WAY TRANSPORTATION SERVICES, INC.** | **:** | |
| **N/K/A CON-WAY FREIGHT, INC.** | **:** | |
| | **:** | |
| **VS.** | **:** | **C.A. NO.: 07-351** |
| | **:** | |
| **TRUESTONE AMERICA, LTD.** | **:** | |
| **A/K/A CUMBERLAND TRUESTONE** | **:** | |

**SUGGESTION OF RECEIVERSHIP**

Now comes the Plaintiff, Con-Way Transportation Services, Inc. n/k/a Con-Way Freight, Inc., in the above-entitled matter and states that the Defendant is presently under the protection of a Receiver duly appointed by the Providence County Superior Court entitled *Landmark Growth Capital Partners, L.P. and Landmark I.A.M. Growth Capital, L.P. vs. TruStone America, Ltd. (RI) and TruStone America, Ltd. (NV)*, P.B. No. 07-6815.

CON-WAY TRANSPORTATION
SERVICES, INC.
By its Attorney,

/s/ Marc D. Wallick________________________
Marc D. Wallick, Esq. (#2152)
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard, Suite 500
Warwick, RI 02888
(401) 461-0100

**CERTIFICATION**

I hereby certify that a true copy of the within Suggestion of Receivership was mailed to Steven J. Gervasio, President and Registered Agent of Truestone America, Ltd. a/k/a Cumberland Truestone, 280 Broadway, Providence, RI 02903, on this 4th day of February, 2008.

/s/ Dawn McCormick

dm c:\docs\sugg-rcvshp-truestone